1  HELEN M. LUETTO, State Bar No. 119478
   hluetto@wfbm.com
2  MARLENE K. FLORES, State Bar No. 304302
   mflores@wfbm.com
3  WFBM, LLP
   Attorneys at Law
4  19900 MacArthur Blvd., Suite 1150
   Irvine, California 92612-2445
5  Telephone:  (714) 634-2522
   Facsimile:  (714) 634-0686
6
7  Attorneys for Defendants, AGA
   SERVICE COMPANY and JEFFERSON
   INSURANCE COMPANY
8

9          **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

11

12  BORIS ANTL, an individual,                    Case No. 2:22-cv-00504-KJM-AC

13            Plaintiff,                          **DECLARATION OF HELEN M.
                                                  LUETTO IN SUPPORT OF**
14       v.                                       **DEFENDANTS' NOTICE OF
                                                  MOTION AND MOTION TO**
15  AGA SERVICE COMPANY, a                        **DISMISS PURSUANT TO FED R.**
    Virginia Corporation; JEFFERSON               **CIV. P. 12(b)(6)**
16  INSURANCE COMPANY, a Virginia
    Corporation, and DOES 1-10, inclusive,        [Filed Concurrently with [Defendants'
17                                                 Notice of Motion and Motion to
            Defendants.                           Dismiss and (Proposed) Order thereon]
18
                                                  Date:    October 7, 2022
19                                                Time:    10:00 a.m.
                                                  Crtrm.:  3
20

21

22       I, Helen M. Luetto declare as follows:

23  1.    I am an attorney at law, licensed to practice before all of the courts in the

24  State of California and in the United States District Court for the Eastern District of

25  California, and am a partner of WFBM, LLC, counsel of record for defendants AGA

26  SERVICE COMPANY and JEFFERSON INSURANCE COMPANY.  I make this

27  declaration in support of the defendants' motion to dismiss. The information is of

28  my own personal knowledge and if called upon as a witness, I could and would

WALSWORTH
19900 MACARTHUR BLVD., SUITE 1150
IRVINE, CALIFORNIA 92612-2445
TEL. (714) 634-2522 • FAX (714) 634-0686

6289232.1
4657-3.5980

1  competently testify thereto.

2  2.    Attached hereto as **Exhibit A** is a true and correct copy of the plaintiff Boris

3  Antl's second amended complaint which is the subject of the motion. In this

4  pleading, the Plaintiff amended the claims for fraud and violations of Business and

5  Professions Code 17200 following the Court's dismissal of these causes of action

6  from the first amended complaint. A true and correct copy of the Court's order

7  dismissing these is attached hereto as **Exhibit B**.

8  3.    Plaintiff's counsel Kete Barnes and I met and conferred regarding the

9  plaintiff's second amended complaint and deficiencies claimed by defendants. We

10  addressed defendants' position that the two fraud-based claims (fourth for

11  fraud/deceit and the seventh for violations of Business and Professions Code 17200)

12  are not pled with the requisite specificity required for fraud. Mr. Barnes disagreed

13  and advised that plaintiff would oppose any motion to dismiss. This conference took

14  place on August 15, 2022.

15  I declare under penalty of perjury under the laws of the United States of

16  America that the forgoing is true and correct and that this declaration was executed

17  on August 16, 2022, at Santa Ana, California.

18

19  Dated:  August 16, 2022

20

21

22  _____

23  Helen M. Luetto, Declarant

24

25

26

27

28

WALSWORTH
19900 MACARTHUR BLVD., SUITE 1150
IRVINE, CALIFORNIA 92612-2445
TEL. (714) 634-2522 • FAX (714) 634-0686

6289232.1
4657-3.5980

# Exhibit A

1   Ryan B. Abbott (SBN 281641)
    ryan@bnsklaw.com
2   Kete P. Barnes (SBN 302037)
    kete@bnsklaw.com
3   **BROWN NERI SMITH & KHAN LLP**
    11601 Wilshire Boulevard, Suite 2080
4   Los Angeles, California 90025
    Telephone: (310) 593-9890
5   Attorneys for Plaintiff,
    Boris Antl

6

7               **UNITED STATES DISTRICT COURT**

                **EASTERN DISTRICT OF CALIFORNIA**
8

9

        BORIS ANTL, an individual;        Case No. 2:22-cv-00504-KJM-AC
10
                Plaintiff,                 **SECOND AMENDED COMPLAINT**
11                                         **FOR**
        v.
12                                         1.  **BREACH OF CONTRACT**
        AGA SERVICE COMPANY, a Virginia    2.  **BREACH OF THE**
13      Corporation; JEFFERSON INSURANCE       **COVENANT OF GOOD FAITH**
        COMPANY, a Virginia Corporation, and   **AND FAIR DEALING**
        DOES 1-10, inclusive,              3.  **BAD FAITH**
13                                         4.  **DECEIT/INTENTIONAL**
                Defendants.                    **MISREPRESENTATION**
14                                         5.  **INTENTIONAL INFLICTION**
                                               **OF EMOTIONAL DISTRES**
15                                         6.  **NEGLIGENT INFLICTION OF**
                                               **EMOTIONAL DISTRESS**
16                                         7.  **UNFAIR BUSINESS**
                                               **PRACTICES**
17
                                           **DEMAND FOR JURY TRIAL**
18

19

20

21

22

                                    1

1      Plaintiff Boris Antl ("Mr. Antl" or "Plaintiff") further amends his complaint and

2  alleges as follows:

3  <center>**NATURE OF THE ACTION**</center>

4  1.     In September 2014, Mr. Antl was planning a vacation to Chile. Part of his

5  planning included the purchase of an emergency medical care insurance coverage policy

6  through Defendant AGA Service Company d/b/a Allianz Global Assistance ("Allianz").

7  Defendant Jefferson Insurance Company ("Jefferson") was the policy underwriter. Mr.

8  Antl intended to remove any uncertainty in the event that he needed urgent medical care

9  through purchasing the policy.

10  2.     Unfortunately, he needed to use the coverage when he had a heart attack. He

11  promptly contacted Allianz to request approval for treatment. Since he was in Chile, the

12  hospital would not approve the medical procedure he needed without being assured of

13  payment.

14  3.     The type of heart attack that Mr. Antl experienced requires immediate treatment.

15  The longer treatment is delayed, the greater the risk of death and irreversible damage to

16  his heart.

17  4.     Acting in bad faith, Allianz took <u>days</u> to approve the required emergency

18  procedure. Throughout that time, Mr. Antl anxiously waited in a disoriented state due to

19  his heart attack and from being sedated, hoping that he would not die.

20  5.     While this is now known, Mr. Antl is not a doctor and was not aware that the

21  longer it took to get him medical treatment, the greater his risk of serious long-term

22  injury. When Mr. Antl recently received treatment from his cardiologist, he learned that

<center>2</center>

1   Allianz's delay resulted in significant and permanent damage to his heart that will reduce

2   his lifespan.

3   6.      Had Allianz promptly approved the emergency procedure that Mr. Antl required,

4   and which it was required to approve under the policy, Mr. Antl would not have suffered

5   this damage.

6   7.      Mr. Antl seeks to redress the harm here.

7                                   **<u>JURISDICTION</u>**

8   8.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

9   §§ 1332(a)(1) and (c)(1), because (1) the amount in controversy exceeds $75,000,

10  exclusive of interests and costs, and (2) the action is between citizens of different states.

11  9.      The Court has personal jurisdiction over Allianz because Allianz has purposefully

12  established minimum contacts with the State of California, that it should reasonably

13  anticipate being subject to suit in California, and that it is fair and reasonable to force

14  Allianz to do so. Allianz is licensed to provide insurance to California residents, with

15  insurance License # 0B01400.

16  10.     The Court has personal jurisdiction over Jefferson because Jefferson has

17  purposefully established minimum contacts with the State of California, that it should

18  reasonably anticipate being subject to suit in California, and that it is fair and reasonable

19  to force Jefferson to do so.

20  11.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because the

21  contract at issue was entered into in Mono County, California.

22

**THE PARTIES**

1

2  12.  Plaintiff Boris Antl is a resident of Mono County, California.

3  13.  Defendant AGA Global Assistance is a Virginia corporation, with its principal

4  place of business in Richmond, Virginia.

5  14.  Defendant Jefferson Insurance Company is a Virginia corporation, with its

6  principal place of business in Richmond, Virginia.

7  15.  The names of other Defendants and their involvement in this dispute is presently

8  unknown to Plaintiff, who therefore sues such Defendants in this action by fictitious

9  names.  Each of the Defendants designated as DOE defendants are legally responsible in

10  some manner for the unlawful acts described above. Plaintiff will seek leave of the Court

11  to amend this complaint to reflect the true names and capacities of the DOE defendants as

12  and when their identities become known.

13  **GENERAL ALLEGATIONS**

14  **The Policy**

15  16.  Around September 2014, Mr. Antl began planning a vacation to Chile. In that

16  planning, he researched various providers for travel emergency health insurance. One of

17  those providers was Defendant Allainz. Mr. Antl had prior experience with Allainz as

18  they were a client of his former employer and Mr. Antl trusted in their integrity based on

19  his past experiences.

20  17.  In conducting his research, Mr. Antl reviewed Allainz's website advertising the

21  policies available. Mr. Antl does not recall the exact language of the website, but the

22  information represented that the policy he was interested in would provide emergency

1    health care coverage when necessary during this travel. The representations of the type of

2    care provided – including but not limited to, that it would be available on an emergency

3    basis – were statements that Mr. Antl relied upon in making his purchase.

4    18.     He ended up purchasing a "Classic Plan" travel insurance policy from Allianz on

5    October 3, 2014. The policy was underwritten by Jefferson. Mr. Antl's policy number

6    was US03427363 (the "Policy"). A true and correct copy of the Policy is attached as

7    **Exhibit A**.

8    19.     The Policy was in effect October 4, 2014, with expected travel dates of October 9,

9    2014–January 21, 2015.

10   20.     The Policy provided "Emergency medical/dental coverage," which as defined,

11   applied when "[Mr. Antl] ha[s] to pay for **emergency medical**[1] or **dental care** for one of

12   the following **covered reasons**:

13        •   **[Y]ou** [Mr. Antl] have a sudden, unexpected **illness** or **injury** during **your**

14            **trip** that's either life threatening or could cause serious and irreparable

15            harm if it isn't treated." (Ex. A at p. 27.)

16   21.     The specific requirement of the Policy was that the "treatment is **medically**

17   **necessary** and is provided by a **doctor**, **dentist**, **hospital** or other **licensed provider**

18   during **your trip**."  (*Id*.)

19   22.     The Policy provided that Jefferson's "assistance team is available 24 hours a day."

20   (*Id*., at p. 37.) And that their "services are here to help making challenging situations a

21   little easier." (*Id*.)

22   _____

[1] All terms as bolded are specifically defined in the Policy.

1   23.    The Policy further indicated that medical assistance included finding a doctor,

2 paying or guaranteeing a hospital bill, and monitoring an insured's care. (*Id.*) The Policy

3 indicated that Defendants' "goal is to help **you** with **your** problem no matter where

4 **you're** traveling." (*Id.*, at p.

5   24.    Finally, the Policy also provided for emergency medical transportation, in the

6 event it was needed. The Policy expressly stated "If **your** emergency is immediate and

7 life threatening, seek local emergency care at once[,]" indicating Defendants' knowledge

8 that certain medical treatment must be immediately addressed.

9   25.    The endorsement on Mr. Antl's policy indicated that his emergency medical

10 coverage was primary. (*Id.*, endorsement.)

11 <div align="center">**Mr. Antl's Trip and Emergency**</div>

12   26.    On October 9, 2014, Mr. Antl began his trip and flew into Chile. Prior to this

13 travel, he was healthy, received regular medical care, and had no known history of heart

14 problems.

15   27.    On December 7, 2014, while staying in a small village of Hornopiren, he began to

16 experience chest pain. Mr. Antl immediately went to the nearest clinic, where the clinic

17 doctor determined that Mr. Antl was having a myocardial infarction—otherwise known

18 as a heart attack.

19   28.    From the local clinic he was taken to a local hospital, Hospital de Puerto Montt.

20 During that travel, he called Allianz to inform them of the situation and the severity of his

21 condition, and to request that they expedite any necessary approvals.

22

<div align="center">6</div>

1    29.    The local hospital lacked the facilities to appropriately treat Mr. Antl, so

2    transferred him to a private hospital, Clinica Los Andes in Puerto Montt, Chile, which did

3    have the ability to appropriately treat his condition. At Clinica Los Andes, Mr. Antl was

4    admitted to the intensive care unit (ICU).

5    30.    At Clinica Los Andes, Mr. Antl and his physicians had to repeatedly plead with

6    Allianz to approve the necessary emergency procedure to treat his heart. The hospital

7    would not perform the procedure without first obtaining guaranty of payment.

8    31.    Rather than approve the procedure within any reasonable timeframe, Allianz

9    replied that it needed more time to translate the documents being sent.

10   32.    Ultimately, Allianz took around five days to approve Mr. Antl's procedure.

11   33.    By that time, the delay had caused permanent damage to Mr. Antl's heart.

12   34.    Mr. Antl was discharged from Puerto Montt Hospital on December 13, 2014. He

13   received follow up care and was approved to return home on December 25, 2014.

14                      **Mr. Antl's Discovery of the Harm**

15   35.    Following the incident, Mr. Antl received follow up care from cardiologists.

16   36.    Despite diligently receiving follow up care and following all medical

17   recommendations, Mr. Antl was not informed of the long-term damage to his heart or that

18   the damage had been caused by Allianz's delay until late 2021.

19   37.    Throughout his life, Mr. Antl was very active and regularly participated in various

20   sporting activities. As a result of the heart damage, he is advised to no longer participate

21   in many of these activities, because the damage to his heart coupled with sporting

22   activities could cause heart failure or death.

1  38.    Mr. Antl's quality of life and life expectancy have been tremendously diminished.

2  This harm could have been avoided if the Defendants had met their duties and

3  immediately approved Mr. Antl's emergency medical care.

4  39.    Upon learning of the long-term damage to his heart, his diminished quality of life,

5  and his reduced lifespan, Mr. Antl now has previously non-existing significant stress,

6  anxiety, and depression.

7  40.    In addition to the severely diminished quality of life and emotional distressed

8  caused by the Defendants' actions, Mr. Antl also has incurred added medical costs,

9  including numerous appointments with Cardiologists. Mr. Antl expects to incur other

10  added medical costs for his continued future treatment as well.

11  41.    On information and belief, Defendants' actions in unreasonably delaying were

12  done in bad faith, giving more consideration to its interests of saving money for not

13  paying a claim, rather than the interests of Mr. Antl in immediately approving the

14  necessary emergency medical care he required.

15                                    **FIRST CAUSE OF ACTION**

16                          **(Breach of Contract – Against All Defendants)**

17  42.    Plaintiff realleges and incorporates by reference paragraphs 1 through 41 as if

18  fully set forth herein.

19  43.    Plaintiff and Defendants entered into Policy # US03427363. Defendants agreed to

20  provide coverage for Plaintiff's emergency medical care. Defendants acknowledged the

21  need for immediate approval of emergency medical care by making their assistance

22  available 24 hours a day.

44.    Plaintiff paid the Policy's premium and contacted Defendants promptly when he needed emergency medical care, otherwise performed all of his obligations or substantially all of the obligations that the contract required him to perform, or was excused from performing any remaining obligations as a result of Defendants' breach.

45.    Defendants breached the contract by intentionally delaying in approving coverage for Plaintiff's medical treatment, as described above.

46.    Plaintiff has been harmed by Defendants' conduct in an amount to be proven at trial but no less than $75,001.

<div align="center">

**SECOND CAUSE OF ACTION**

**(Breach of the Implied Covenant of Good Faith and Fair Dealing– Against All Defendants)**

</div>

47.    Plaintiff realleges and incorporates by reference paragraphs 1 through 46 as if fully set forth herein.

48.    Plaintiff and Defendants entered into the Policy. All contracts in California, including the Policy, contain an implied covenant of good faith and fair dealing, requiring Defendants to act in good faith and deal fairly with Plaintiff.

49.    With respect to insurance companies specifically, an insurer can be held liable for a breach of the implied covenant of good faith and fair dealing for unreasonably delaying in the payment of policy benefits.

50.    Defendants unreasonably delayed here in approving Plaintiff's necessary emergency medical care and guaranteeing the payment for that care.

51.     As a proximate and substantial cause of Defendants' breach of their contractual duty to act in good faith and deal fairly, Plaintiff was substantially harmed, including but not limited to a significant decrease in the quality of his life and life expectancy and added present and future medical costs.

## **THIRD CAUSE OF ACTION**

### **(Bad Faith – Against All Defendants)**

52.     Plaintiff realleges and incorporates by reference paragraphs 1 through 51 as if fully set forth herein.

53.     Plaintiff and Defendants entered into the Policy.

54.     Plaintiff submitted a claim to Defendants for coverage for the emergency medical treatment he required.

55.     Defendants acted unreasonably, any without proper cause, by failing to immediately investigate and immediately approve payment for Plaintiff's required emergency medical treatment.

56.     Defendants' failure to immediately investigate and immediately approve payment for Plaintiff's required emergency medical treatment was a substantial factor in causing Plaintiff's harm.

57.     Plaintiff has been harmed by Defendants' conduct in an amount to be proven at trial but no less than $75,001.

58.     Defendants' actions were willful, oppressive, and malicious, and Plaintiff is entitled to punitive damages against Defendants. Plaintiff also is entitled to attorney's fees.

1                 **FOURTH CAUSE OF ACTION**

2          **(Deceit/Intentional Misrepresentation– Against Allainz)**

3   59.     Plaintiff realleges and incorporates by reference paragraphs 1 through 58 as if

4   fully set forth herein.

5   60.      On or around September 2014, Mr. Antl visited Defendant Allainz's website in

6   conducting research for an emergency health care travel coverage insurance plan. On

7   Allainz's website was a representation that coverage would be provided (under the Policy

8   that Mr. Antl ended up purchasing) on an emergency basis if the situation arose.

9   61.      Allainz intended that Plaintiff rely on its obligation, representation, or promise, in

10   order to induce Plaintiff to purchase the Policy.

11   62.     Allainz made that representation or promise as to its obligation knowing that it

12   was false, or never intended to perform it when it was made.

13   63.     Plaintiff reasonably relied upon Allainz's promise and representation as to its

14   obligation and purchased the Policy.

15   64.     Allainz did not follow through on their obligation, promise, or representation.

16   65.     Plaintiff has been harmed by Allainz's conduct in an amount to be proven at trial

17   but no less than $75,001.

18   66.     Allainz's actions were willful, oppressive, and malicious, and Plaintiff is entitled

19   to punitive damages against Allainz.

20   / / /

21   / / /

22

1 **FIFTH CAUSE OF ACTION**

2 **(Intentional Infliction of Emotional Distress – Against All Defendants)**

3 67.    Plaintiff realleges and incorporates by reference paragraphs 1 through 66 as if

4 fully set forth herein.

5 68.    Defendants participated in extreme and outrageous conduct that breached a duty

6 owed to Plaintiff as described above.

7 69.    Defendants were aware that Plaintiff purchased emergency medical care coverage

8 to protect himself from any unnecessary risk or danger during the duration of his trip.

9 70.    Defendants intentionally delayed the immediately necessary approval of Plaintiff's

10 required emergency medical care.

11 71.    Plaintiff suffered severe emotional distress, consisting of significant stress,

12 anxiety, and depression.

13 72.    Defendants' conduct was a substantial factor in causing Plaintiff's harm.

14 73.    Defendants' actions were willful, oppressive, and malicious, and Plaintiff is

15 entitled to punitive damages against Defendants.

16 **SIXTH CAUSE OF ACTION**

17 **(Negligent Infliction of Emotional Distress – Against All Defendants)**

18 74.    Plaintiff realleges and incorporates by reference paragraphs 1 through 73 as if

19 fully set forth herein. Plaintiff alleges this claim in the alternative.

20 75.    Defendants participated in extreme and outrageous conduct that breached a duty

21 owed to Plaintiff as described above.

22

76.     Defendants were aware that Plaintiff purchased emergency medical care coverage to protect himself from any unnecessary risk or danger during the duration of his trip.

77.     Defendants were negligent in delaying the immediately necessary approval of Plaintiff's required emergency medical care.

78.     Plaintiff suffered severe emotional distress, consisting of significant stress, anxiety, and depression.

79.     Defendants' negligence was a substantial factor in causing Plaintiff's harm.

## SEVENTH CAUSE OF ACTION

### (Violation of California Bus. & Prof. Code §§ 17200, et seq. – Against All Defendants)

80.     Plaintiff realleges and incorporates by reference paragraphs 1 through 79 as if fully set forth herein. Plaintiff alleges this claim in the alternative.

81.     Defendants' conduct constitutes unlawful business acts or practices within the meaning of Business and Professions Code §§ 17200, et seq., including among other things, representing that emergency medical care would be covered by the purchase of travel insurance plans through Defendants, accepting the premiums for those plans, and failing to immediately approve necessary emergency treatment that is required.

82.     Plaintiffs are informed and believe that Defendants continue to engage in the unfair and unlawful business practices.

83.     Plaintiff suffered loss of premium, loss of quality of life, and severe emotional distress from Defendants' conduct.

84.     Defendants' actions were willful, oppressive, and malicious, and Plaintiff is
entitled to punitive damages against Defendants.

### PRAYER FOR RELIEF

Wherefore, Plaintiff prays for the following relief:

1.  Compensatory damages according to proof at trial, but more than $75,001;

2.  For exemplary damages;

3.  Restitution;

4.  Injunctive relief;

5.  Pre- and post-judgment interest;

6.  Attorneys' fees and costs in this action, to the greatest extent permissible under
    the law;

7.  Any other relief as the Court may deem just and proper.

Dated: August 3, 2022                          **BROWN NERI SMITH & KHAN, LLP**

                                               By:   /s/ Ryan B. Abbott
                                                     Ryan B. Abbott

                                               *Attorney for Plaintiff,*
                                               Boris Antl

/ / /

/ / /

1   <u>**DEMAND FOR JURY TRIAL**</u>

2   Plaintiff Mr. Antl demands a trial by jury for all such claims.

3

4   Dated: August 3, 2022                **BROWN NERI SMITH & KHAN, LLP**

5

           By:   /s/ Ryan B. Abbott

6                Ryan B. Abbott

7              *Attorney for Plaintiff,*
           Boris Antl

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

# EXHIBIT A



Boris Antl

███████████

Mammoth Lakes CA 93546-3276

Thank you for your recent purchase of Allianz Travel Insurance. We are pleased that you have chosen to take us along on your upcoming trip!

This packet of information will help you use your travel insurance policy and includes:

- A summary of assistance services and benefits described below
- Your Letter of Confirmation of insurance benefits
- Your detailed Certificate of Insurance/Policy

<u>Summary of Assistance Services and Benefits</u>
You are entitled to important assistance services and benefits.

| Service/Benefit | Coverage Limits* |
|---|---|
| 24 Hour Hotline Assistance Plus | |
| Emergency Medical Transportation | $500,000.00 |

*USD per person unless noted otherwise

To make the most of your assistance services and benefits please:

- Read the detailed Certificate of Insurance/Policy.
- Download the TravelSmart app for a listing of hospitals and clinics for your destination(s) available at both the App Store and Google Play.
- If you require emergency medical care while traveling, please call our office for assistance before engaging any expense.
- Save or photograph all receipts in the event you need to file a claim.  Claims may be electronically filed at www.allianztravelinsurance.com.

# Letter of Confirmation

December 6, 2021

Boris Antl ▬▬

Mammoth Lakes  CA 93546-3276

Dear Boris Antl,

Thank you for choosing Allianz Global Assistance to protect your travel investment.

Please make sure you read this *Letter of Confirmation,* your enclosed *Certificate of Insurance,* and any other attached documents, including riders or other forms carefully. Because the *Certificate of Insurance* may describe coverage not included in your plan, be sure to look at all of the documents to understand your specific coverage. Contact us immediately if you think there is a mistake in your *Letter of Confirmation.*

We recommend that if you are traveling for your event, you take copies of these documents with you. If you did not receive a *Certificate of Insurance,* or would like another copy, please call 1-800-284-8300.

**Information About Your Plan**

| | |
|---|---|
| Name of your plan: | Classic Plan |
| Policy identification number: | US03427363 |
| | |
| Number of people insured: | 1 |
| Who it insures: | Boris Antl |
| | |
| Date of purchase: | October 3, 2014 |
| Plan effective date: | October 4, 2014 |
| Travel dates: | October 9, 2014 - January 21, 2015 |
| | |
| Total cost for all travelers: | $41.00 |
| Amount paid: | $41.00 |

Changes to your travel plans may require changes to your coverage. If your plans change please contact Allianz Global Assistance.

Thanks again for purchasing a travel insurance plan from Allianz Global Assistance. Have a safe and pleasant trip!

Sincerely,

*Deloress Wellman*

Deloress Wellman
Vice President of Operations



We will refund your insurance premium if you cancel your plan within 10 days of purchase and you haven't started your trip or filed a claim.

Form No. 101-LOC-XX-02 12-14

---

Please detach the card to the right, fold, and carry with you.

**Global Assistance**

**Allianz (ⅲ)**

**Name:** Boris Antl
**Policy No.:** US03427363

**Emergency Assistance Card**

**For emergency assistance during your trip call:**
**1-866-884-3556     1-804-281-5700**
(From U.S.)          (Outside the U.S.) / (Collect)

**For benefit information call:**
**1-866-884-3556**
(From U.S.)

**To modify your policy or file a claim, please visit:**
**www.allianztravelinsurance.com**

9950 Mayland Drive, Richmond, VA 23233

Your plan includes the following coverage, up to the limits shown. Please see your *Certificate of Insurance* for information about how our insurance works.

| Benefit | Coverage Limits* |
|---|---|
| Baggage Coverage | $1,000.00 |
| Baggage Delay Coverage | $300.00 |
| Change Fee Coverage | $250.00 |
| Frequent Traveler/Loyalty Plan Coverage | $250.00 |
| Missed Connection Coverage | $800.00 |
| Emergency Medical and Dental | $25,000.00 |
| Travel/Trip Delay Coverage | $800.00 |

*USD per person unless noted otherwise

**Please Note**

- Your plan includes Existing Medical Condition Coverage.
- Emergency Medical and Dental Benefits are primary and there is no deductible.
- California residents: We are doing business in California as Allianz Global Assistance Insurance Agency, License # 0B01400.
- There is a $750 maximum for all covered dental expenses.
- AGA Service Company is the licensed producer and administrator for this plan.
- **Insurance coverage is provided under Form 101-C-XX-02-301 PC and Form 101-C-XX-02-006 AH issued by Jefferson Insurance Company.**

TI_LOC_C_300_007 * TI_301_04_C_V2S * 101_OE_XX_02_C * JICPRIVNOT * CSL20140630 * * * * * *

**Allianz Travel Insurance**

# Certificate of Insurance

## FOR SERVICE, VISIT OR CALL:
www.allianztravelinsurance.com
1-800-284-8300

## FOR EMERGENCY ASSISTANCE DURING YOUR TRIP CALL:

**1-800-654-1908**
(From U.S.)

**1-804-281-5700**
(Collect)

Don't forget to take this document with you!





Allianz Global Assistance and Allianz Travel Insurance branded plans are underwritten by Jefferson Insurance Company. AGA Service Company is the licensed producer for this plan.

©2013 AGA Service Company                    TI_301_04_C_V2S

# Your Travel Insurance Certificate

Thank you for buying a travel insurance **plan** from **us**!

**Your plan** is described in the following documents:
- This **certificate**, which explains how **our** travel insurance works.
- The *letter of confirmation* that came with **your** package, which tells **you** what coverage **your plan** includes and the limits.
- Any other information **you** receive with **your** package, including riders or other forms.

**Please make sure you read these documents carefully.** This **certificate** may describe coverage **your plan** doesn't include. Make sure **you** review carefully **your** *letter of confirmation*. Contact **us** immediately if **you** don't receive **your** *letter of confirmation* or if **you** think there is a mistake.

All dollar amounts in these documents are in US dollars.



**We can help!**
**Our** assistance team can help **you** with problems 24 hours a day, almost anywhere in the world.

In the United States, Canada, Puerto Rico
and the U.S. Virgin Islands                    **1-800-654-1908**
All other locations, call collect                    **1-804-281-5700**

Form 101-C-XX-02-301 PC                    1

Case 2:22-cv-00654-KJM-AC   Document 12-1   Filed 02/07/22   Page 24 of 56

# WHAT'S INSIDE

Section 1: Our agreement with you ....................................................... 3

Section 2: What this certificate includes ............................................. 4

Section 3: What this certificate excludes ........................................... 15

Section 4: Who is covered and when ................................................... 17

Section 5: Claims information .............................................................. 18

Section 6: Definitions........................................................................... 20

# SECTION 1: OUR AGREEMENT WITH YOU

**Your** travel insurance plan (**your plan**) includes both insurance coverage and assistance services.

Throughout this document:

- **we**, **us** and **our** mean Jefferson Insurance Company and its agents;
- **Jefferson** means Jefferson Insurance Company;
- **you** and **your** mean the people listed on **your** *letter of confirmation*; and
- all other bolded terms are defined in Section 6, Definitions.

All of the information about travel insurance in this document is subject to the terms and conditions of the Group Policy underwritten by **Jefferson**. No one has the right to describe this travel insurance any differently than it has been described in this document, or to change or waive any of its provisions. **Our** coverage may be broader than described in the **certificate**. If there is a discrepancy between the Group Policy and the **certificate**, the Group Policy governs.

**About this agreement**

**Please read your certificate carefully for full details.** This is a legal contract. The entire contract consists of the master policy, the **certificate**, any riders attached to it; and the *letter of confirmation*. **You** have a duty to make all reasonable efforts to minimize any loss.

**We** have issued the **certificate** and any attached riders based on **your** payment of the premium and on the information **you** included in **your** enrollment or other form. The statements **you** made in **your** enrollment or other form are representations and not warranties. **We** may use this information to void insurance, reduce benefits or defend **our** decision about a claim.

The headings in this **certificate** are for convenience only.

> **Satisfaction Guarantee**
> **We** will refund **your** insurance premium if **you** cancel **your plan** within 10 days of purchase and **you** haven't started **your trip** or filed a claim.

**Signed for Jefferson Insurance Company, 9950 Mayland Drive, Richmond, VA 23233**

**Mike Nelson, President**                     **Fred Faett, Secretary**

# SECTION 2: WHAT THIS CERTIFICATE INCLUDES

This is a named perils travel insurance **certificate**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

The **plan you** purchased may not include all the coverage described here. Make sure **you** check **your** *letter of confirmation* to confirm **your** coverage and limits.

**Your plan** also includes assistance services, which are described in *Help while traveling*.

| Coverage | When it applies | Page |
|---|---|---|
| | **Your trip is canceled or interrupted** | 5 |
| Trip cancellation | **Your trip** is canceled before **you** get started | |
| Trip interruption | **Your trip** is interrupted after **you've** left | |
| Frequent traveler/ Loyalty program | **You** have to re-deposit frequent traveler or loyalty program awards | |
| | **You're delayed or you miss your flight or cruise** | 10 |
| Travel delay | **Your** travel is delayed six hours or more | |
| Missed connection | **You** miss **your** connecting flight or cruise | |
| | **Your baggage is lost, damaged, stolen or delayed** | 12 |
| Lost, damaged or stolen baggage | **Your baggage** is lost, damaged or stolen | |
| Delayed baggage | **Your baggage** is delayed by a **common carrier** | |
| | **Other coverage** | 13 |
| Existing medical condition | **You** have an **existing medical condition** | |
| Change fee | **You** have to change **your** airline ticket due to **covered reasons** | |

\* Underwritten by Jefferson Insurance Company

## How to read Section 2

| When it applies | Tells **you** when **you're** eligible to make a claim. These situations and events are called **covered reasons**. |
|---|---|
| What it covers | Tells **you** the kinds of things **you** can be reimbursed for. **You'll** find out more in Section 5, *Claims information*. |
| We can help!  | Tells **you** about related assistance services that are available to **you** worldwide. **You'll** find a complete list in *Help while traveling*. |

> **Important**
> Be sure to also read Section 3, *What this certificate excludes*, as well as Section 4, *Who is covered and when*, for important information on how **your** coverage works. Travel insurance doesn't cover everything. It's designed to protect **you** when there's a sudden, unexpected problem or event.

## YOUR TRIP IS CANCELED OR INTERRUPTED

 **Important**
**You** need to contact **your travel suppliers** within 72 hours of canceling or interrupting **your trip** to qualify for the largest reimbursement possible. If **you** notify **your** suppliers later and get a smaller **refund**, **we** will not cover the difference. If **you're** seriously ill or injured, contact **your travel suppliers** as soon as **you** can.

 **We can help!**
Need help sending an emergency message or getting flight information? See *Help while traveling*, for a complete list of ways **we** can help.

### Trip cancellation and Trip interruption coverage

| When it applies | **Your trip** is canceled before **you** get started, or interrupted after **you've** left, for one of the following **covered reasons**: |
|---|---|

*Health*
Injury, illness or medical condition
**You** or a **traveling companion** is seriously ill or injured.

Specific requirements:
- The **injury**, **illness** or **medical condition** must be disabling enough to make a reasonable person delay, cancel or interrupt their **trip**.
- A **doctor** must examine **you** or a **traveling companion** and advise **you** or a **traveling companion** to cancel or interrupt **your trip** before **you** cancel or interrupt it. If that isn't possible, a **doctor** must examine **you** within 72 hours of **your** cancellation or interruption.

A **family member** who isn't traveling with **you** is seriously ill or injured.

Specific requirement:
- The **injury**, **illness** or **medical condition** must be considered life threatening, require hospitalization, or he or she must require **your** care.

*Death*
**You**, a **traveling companion** or **family member** dies.

Specific requirement:
- A **traveling companion's** or **family member's** death must occur before or during **your trip**.

*Quarantine*
**You** or a **traveling companion** is **quarantined**.

*Pregnancy*
**You** become pregnant (trip cancellation coverage only).

*Childbirth*
**You** need to attend the birth of an **immediate family member's** child (trip cancellation coverage only).

---

### Transportation and accommodation
*Financial default*
**Your** tour operator, airline or cruise line ceases operations due to **financial default**.

Specific requirements: (all must apply)
- **You** purchased this insurance within 14 days of making **your** first **trip** deposit or first **trip** payment;
- The **financial default** happens more than seven days after **your plan's** effective date; and
- The tour operator, airline or cruise line isn't the entity **you** purchased **your plan** or **your** travel services from, or an affiliate of that entity, and was included in **our** list of covered suppliers on **your plan's** effective date.

Please note that **Jefferson** can choose to give **you** a **trip** of similar value instead of cash.

*Traffic accident*
**You** or a **traveling companion** is in a traffic **accident** on the way to **your** point of departure, and:
- **you** or the **traveling companion** need medical attention; or
- the car needs to be repaired because it's not safe to drive.

*Family or friends can't accommodate you as planned*
Family or friends outside the United States can't accommodate **you** as planned because someone in the household has died or been diagnosed with a serious **illness** or **injury**.

---

### Legal
*Jury duty or court-ordered appearance*
**You're** summoned by a court order or subpoena to serve on a jury or appear in court.

*Legal separation or divorce*
**You** or a **traveling companion** legally separate or divorce after **your plan's** effective date but before **your scheduled departure date**.

Specific requirement:
- **You** purchased **your plan** within 14 days of making **your** first **trip** deposit or first **trip** payment.

---

### Environment
*Home uninhabitable*
**Your primary residence** is **uninhabitable** because of a **natural disaster**, fire, flood, burglary or vandalism.

*Destination uninhabitable*
**Your destination** is **uninhabitable** because of a **natural disaster**, fire, flood, burglary or vandalism.

*Canceled services*
**Your** airline, cruise line, or tour operator or **travel supplier** stops offering all services for at least 24 consecutive hours where **you're** departing, arriving or making a connection because of:
- a **natural disaster**;
- **severe weather**;
- a strike; or
- a Federal Aviation Administration (FAA) mandate.

Specific requirements: (all must apply)
- **Your travel supplier** doesn't offer **you** a substitute itinerary; and
- The striking workers aren't employed by the supplier **you** purchased **your plan** or travel services from, or an affiliate of that supplier.

### Politics and violence
*Hijacking*
**You** or a **traveling companion** is hijacked.

*Terrorism*
A **terrorist event** happens at **your** U.S. or foreign **destination** within 30 days of the day **you're** scheduled to arrive.

Specific requirement:
- For locations outside the United States, **you're** not covered if there's been a **terrorist event** at **your destination** in the 30 days before **your plan's** effective date.

### Work
*Termination or layoff*
**You** or a **traveling companion** is terminated or laid off from a company after **your plan's** effective date.

Specific requirements: (all must apply)
- The termination or layoff isn't **your** fault; and
- **You** worked for this employer for at least 12 consecutive months.

*Military Duty in the U.S. Armed Forces*
**You** or a **traveling companion**, serving in the U.S. Armed Forces, is reassigned, or have personal leave revoked, except because of war, the War Powers Act, base or unit mobilization, unit reassignment or disciplinary action.

### Other
*Extended travel delay*
**You** miss more than half of the total length of **your trip** because **your** travel is delayed.

Specific requirements: (all must apply)
- **Your plan** must include travel delay coverage; and
- **You** must be delayed for a **covered reason** listed under travel delay coverage.

**What it covers**   Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

## Trip cancellation coverage
*Non-refundable payments and deposits*
Payments and deposits **you** made before **your trip** was canceled, less any published **refunds you're** entitled to receive.

*Accommodation*
The extra cost of single **accommodation** if **you** prepaid for shared **accommodation** and a **traveling companion** canceled or interrupted their **trip** for a **covered reason** or was delayed for a **covered reason**.

### Trip interruption coverage
*Prepaid expenses*
The unused part of **your** prepaid expenses, less any **refunds you** receive.

*Accommodation*
The extra cost of single **accommodation** if **you** prepaid for shared **accommodation** and a **traveling companion** canceled or interrupted their **trip** for a **covered reason** or was delayed for a **covered reason**.

*Transportation*
Reasonable transportation expenses for getting to:
- **your** final **destination** or a place where **you** can continue **your trip**; or
- **your** original **destination** another way, if **your** travel is delayed for 24 hours or more at the start of **your trip**.

*Expenses for the cost of staying longer than you planned*
Extra **accommodation** and transportation expenses because a **traveling companion** is hospitalized.

Special limit:
- Maximum of $100 a day for up to five days.

## Frequent traveler/Loyalty program coverage

**When it applies**   **You** have to re-deposit points in **your** frequent traveler or loyalty program because **your trip** is canceled for one of the **covered reasons** listed under trip cancellation coverage.

**What it covers**   Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits.

*Redeposit fees*
Fees for re-depositing frequent traveler or loyalty program awards into **your** account.

Case 2:22-cv-00616-MWC-JPR Document 101 Filed 08/07/23 Page 28 of 56

## YOU'RE DELAYED OR YOU MISS YOUR FLIGHT OR CRUISE



**Important**
**You** need to make reasonable efforts to continue **your trip** if **you're** delayed or **you** miss **your** flight or cruise. The coverage described here can help. Any **refunds you** receive from **your travel suppliers** will be deducted from **your** claim.



**We can help!**
Need help rebooking **your** flight or arranging for alternative transportation? See *Help while traveling*, for a complete list of ways **we** can help.

### Travel delay coverage

**When it applies**

**Your** travel is delayed for six or more consecutive hours for one of the following **covered reasons**:

*Strike or common carrier delay*
- **Your** departure is delayed by a **common carrier**.
- **Your** departure is delayed by an unannounced strike.

*Quarantine*
- **You** are **quarantined**.

*Natural disaster or severe weather*
- There's a **natural disaster**.
- **Severe weather** delays **your** departing flight or causes road closures.

*Politics, violence or theft*
- **Your** passports, money or other travel documents are lost or stolen.
- **Your** travel is delayed by a hijacking.
- **Your** travel is delayed by civil disorder or unrest.

**What it covers**

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Prepaid expenses*
The unused part of **your** prepaid expenses, less any **refunds you** receive.

and

---

...additional meals and transportation

- Reasonable expenses for additional meals and **accommodation** while **you're** delayed.
- Reasonable additional transportation expenses.

Special limit:
- Maximum of $200 per person per day, up to the **limit** shown on **your** *letter of confirmation*.

Benefits are payable under travel delay coverage or missed connection coverage, not both.

### Missed connection coverage

**When it applies**

**You** miss **your** connecting flight or cruise for one of the following **covered reasons**:
- **you're** involved in or delayed by a traffic **accident**;
- **you're** delayed by **severe weather** while en route to the departure; or
- **severe weather** cancels one of **your** flights en route to the connection or cruise, or delays it for at least three hours.

Specific requirements: (all must apply)
- **You** allowed enough time in **your** itinerary to reach **your** flight or cruise on time; and
- **You** aren't able to reach **your** connecting flight or cruise another way.

**What it covers**

Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Prepaid expenses*
The unused part of **your** prepaid expenses if **you** miss at least 24 hours of **your trip**, less any **refunds you** receive.

*Meals, accommodation and transportation*
- Reasonable additional expenses for meals and **accommodation** related to **your** missed connection or cruise.
- Reasonable additional transportation expenses to get to **your** original **destination** or to a place where **you** can continue **your trip**.

Benefits are payable under only one of missed connection coverage or travel delay coverage**.**

Case 2:22-cv-01616-DJH Document 22-1 Filed 08/08/22 Page 29 of 56

## YOUR BAGGAGE IS LOST, DAMAGED, STOLEN OR DELAYED



**Important**
Any **refunds you** receive will be deducted from **your** claim.



**We can help!**
Need help contacting local authorities or getting emergency cash from home? See *Help while traveling*, for a complete list of ways **we** can help.

### Lost, damaged or stolen baggage coverage

**When it applies**     **Your baggage** is lost, damaged or stolen while **you're** traveling.

Specific requirements: (all must apply)
- **You** take reasonable steps to keep **your baggage** safe and intact, and to recover it; and
- **You** file a report giving a description of the property and its value with the appropriate local authorities, **common carrier**, hotel or tour operator within 24 hours of the loss.

**What it covers**     Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Actual price, actual cash value, repair or replacement (whichever is less)*
- actual price is the amount it would cost to buy a similar item.
- actual cash value is the amount the item is worth based on its **current market value**. If **you** don't have an original receipt, **we'll** cover up to 75% of its **current market value**.
- repair or replacement is the cost to repair or replace the item.

Special limit:
- Maximum $500 in total for all jewelry, watches, gems, furs, cameras and camera equipment, camcorders, sporting equipment, computers, radios and other electronic items. **You** need to provide original receipts for these items or they won't be covered.

### Delayed baggage coverage

**When it applies**     A **common carrier**, hotel or tour operator delays **your baggage** for 24 hours or more.

Specific requirement:
- **You** report the loss and file a claim with the **common carrier**, hotel or tour operator.

**What it covers**     Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

*Reasonable essential items*
Reasonable essential items for **you** to use until **your baggage** arrives.

## OTHER COVERAGE



**Important**
Please check **your** *letter of confirmation* to confirm **your** coverage and limits.

### Existing medical condition coverage

If **your plan** includes this coverage, **you**, a **traveling companion** or **family member** can have an **existing medical condition** and **you** will still be eligible for all coverage and assistance services, as long as:
- **you** purchased **your plan** within 14 days of making **your** first **trip** payment or first **trip** deposit;
- **you** purchased trip cancellation coverage that covers the full cost of all **your** non-refundable **trip** arrangements;
- **you** were a U.S. resident and medically able to travel on the day **you** purchased the **plan**;
- the total cost of **your trip** is $50,000 per person or less; and
- all other stated terms and conditions are met.

## Change fee coverage

| | |
|---|---|
| **When it applies** | **You** have to change the dates on **your** airline ticket for one of the following **covered reasons**:<br>• **your trip** is canceled or interrupted for a **covered reason** listed under trip cancellation/trip interruption coverage, except cessation of operations.<br>• **you** or a **traveling companion** are delayed by **severe weather** on the way to **your** flight.<br><br>Specific requirement:<br>• If **you** were delayed by **severe weather**, **you** allowed enough time in **your** itinerary to reach **your** flight on time. |
| **What it covers** | Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits.<br><br>*Change fees*<br>Fees to change the dates on **your** airline ticket. |

---

# SECTION 3: WHAT THIS CERTIFICATE EXCLUDES

## GENERAL EXCLUSIONS

**You** aren't covered for any loss that results directly or indirectly from any of the following general exclusions.

The following things if they affect **you**, a **traveling companion** or a **family member**, whether the **family member** is traveling with **you** or not:
- **existing medical conditions** (unless **you** have existing medical condition coverage in Section 2);
- intentional self-harm or attempting or committing suicide (only applies to **you**);
- pregnancy, (unless specifically included in Section 2), unless there are unforeseen complications or problems with the pregnancy;
- fertility treatments, childbirth or elective abortion;
- a mental or nervous health disorder (like anxiety, depression, neurosis, psychosis and others), or any related physical complications (physical complication means any physical symptom); or
- the use or abuse of alcohol or drugs, or any related physical complications (physical complication means any physical symptom).

The following activities if **you**, a **traveling companion** or a **family member** participates in them, whether the **family member** is traveling with **you** or not:
- flying or learning to fly an aircraft as a pilot or crew member;
- participating in or training for any professional or amateur sporting competition; or
- participating in extreme, high-risk sports like:
    - skydiving, hang gliding or parachuting;
    - bungee jumping;
    - caving;
    - extreme skiing, heli-skiing or skiing outside marked trails;
    - body contact sports (meaning any sport where the objective is to physically render an opponent unable to continue with the competition such as boxing and full contact karate);
    - mountain climbing or any other high altitude activities; or
    - scuba diving below 120 feet (40 meters) or without a dive master.

The following events:
- any problem or event that could have reasonably been foreseen or expected when **you** purchased **your plan**;
- an **epidemic** or **pandemic**;
- **natural disasters** like hurricanes, earthquakes, fires and floods (unless specifically included in Section 2);
- air, water or other pollution, or the threat of a pollutant release;
- **nuclear reaction,** radiation or radioactive contamination;
- war (declared or undeclared), acts of war, military duty, civil disorder or unrest (unless specifically included in Section 2);

- **terrorist events** (unless specifically included in Section 2);
- **financial default** (unless specifically included in Section 2); or
- **unlawful acts**.

**You** aren't eligible for reimbursement under any coverage if:
- **your common carrier** tickets don't show departure and return dates; or
- the departure and return dates on **your** enrollment or other form don't represent when **you** actually intended to travel.

## SPECIFIC EXCLUSIONS

**You** aren't covered for any loss that results directly or indirectly from any of the following specific exclusions unless they're included in Section 2, *What this certificate includes*.

**Lost, damaged or stolen baggage coverage**
- intentional loss of or damage to equipment;
- defective materials or workmanship; or
- ordinary wear and tear.

These items aren't covered:
- animals;
- cars and accessories, motorcycles and motors, aircraft, boats and other vehicles;
- bicycles, skis and snowboards (unless they're checked with a **common carrier**);
- eyeglasses, sunglasses and contact lenses;
- hearing aids, artificial teeth and limbs;
- wheelchairs and other mobility devices;
- consumables, medicines, perfumes, cosmetics and perishables;
- tickets, passports, deeds and other documents;
- money, credit cards, securities, bullion, stamps and keys;
- rugs and carpets;
- property for business or trade; and
- **baggage** when it is:
  - shipped as freight;
  - sent before **your scheduled departure date**;
  - left in or on a car trailer; or
  - left in an unlocked car.

## SECTION 4: WHO IS COVERED AND WHEN

### WHO IS COVERED BY YOUR PLAN

**Your plan** covers the people listed on **your** *letter of confirmation*.

### WHEN YOUR COVERAGE BEGINS AND ENDS

**You're** only eligible for coverage if **we** accept **your** request for insurance.

**Your plan's** effective date depends on how **you** purchased it.

| if you purchased | it's effective: |
| --- | --- |
| in person | the day and time **you** purchase **your plan**. |
| by mail | the day after **your** enrollment or other form is postmarked. |
| over the phone | the day after **you** place **your** telephone order. |
| by fax | the day after **we** receive **your** fax. |
| online | the day after **we** receive **your** online order. |

Trip cancellation coverage begins on **your plan's** effective date, as long as **we** receive **your** premium before **you** cancel **your trip** or make a claim.

All other coverage begins on **your scheduled departure date**, as long as **we've** received **your** payment. **Your** departure and return dates are counted as two separate days of travel when **we** calculate the duration of **your trip**.

**Your** coverage ends on the earliest of:
- the day **you're** scheduled to return;
- the day **you** actually return, if **you** come back earlier;
- the day and time **you** cancel **your trip**; or
- the 365th day of the **trip**.

If **your** return travel is delayed for a **covered reason**, **we'll** extend **your** coverage until **you** can get home.

**Your plan** can't be renewed.

# SECTION 5: CLAIMS INFORMATION

## HOW TO MAKE A CLAIM

Making a claim is easy – just visit **www.allianztravelinsurance.com**, email or call **us** and **we'll** be happy to help.

*Go online to:*
- find out what forms and documentation **you** need.
- download a claims form and mail it in.
- file a claim electronically and track its progress.

*Email or call to:*
- find out what forms and documentation **you** need.
- file a claim and check its progress.

*Claims inquiry:*
- **Website: www.allianztravelinsurance.com**
- **Email: claimsinquiry@allianzassistance.com**
- **Telephone: 1-800-334-7525**

## IMPORTANT INFORMATION ABOUT CLAIMS

**You** have 90 days from the date of **your** loss to submit **your** claim to **us**, except as otherwise provided by law.

*Proof of Loss*
**You** are responsible for providing all necessary documentation to prove **your** loss.

*Assignment*
**You** can assign **your** rights under **your plan** by notifying **us** in writing.

*About beneficiaries*
All benefits will be paid to **your** estate.

*Duplicate coverage*
If **you're** covered by another certificate or policy that **we've** issued with the same or similar coverage, **we'll** use the terms and conditions of the certificate or policy that pays the most. **We'll** also refund any premium **you've** paid for duplicate coverage.

**We** have the right to recover any amount **you** receive that exceeds the total amount of **your** loss.

*Subrogation*
When someone is responsible for **your** loss, **we** have the right to recover any payments **we've** made to **you** or someone else in relation to **your** claim, as permitted by law. Everyone eligible to receive payment for a claim submitted to **us** must cooperate with this process, and must refrain from doing anything that would adversely affect **our** rights or the rights of **Jefferson** to recover payment.

*About fraud*
Fraud is illegal. **We** will deny **your** claim if:
- what **you** told **us** on **your** enrollment or other form is deliberately misleading or inaccurate; or
- **you** intentionally file a claim that includes false information or deliberately conceals material facts. This may be a crime subject to criminal prosecution and civil penalties, and **you** may be liable for the stated value of the claim.

*Resolving disputes*
If **you** disagree with **our** decision about a claim, **you** can request to go to arbitration through the American Arbitration Association. If **we** agree, **you** can submit a dispute to desk arbitration, as long as:
- **you** submit it at least 60 days, but no more than three years, after **you've** filed **your** entire claim with **us**; and
- it complies with the American Arbitration Association's rules at the time **you** submit it.

 **Important**
This is a named perils travel insurance **certificate**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

**We'll** only pay for reasonable, appropriate expenses that are covered by the **plan you** purchased. Please check **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

## SECTION 6: DEFINITIONS

**Accident**  
An unexpected and unintended event that causes **injury**, property damage or both.

**Accommodation**  
A hotel or other kind of lodging where **you** make a reservation and pay a fee.

**Assault**  
Physical **assault** that requires treatment in a **hospital**.

**Baggage**  
Personal property **you** take on **your trip** and the suitcases or other kinds of containers **you** use to carry them.

**Common carrier**  
A company that's licensed to carry passengers on land, water or in the air for a fee, not including car rental companies.

**Covered reasons**  
The specific situations and events that are covered by this **certificate**.

**Current market value**  
The dollar amount an item could reasonably be sold for, based on its original price, age and current condition.

**Destination**  
A place more than 100 miles from **your primary residence** where **you** spend more than 24 hours of **your trip**.

**Doctor**  
Someone who is legally entitled to practice medicine, and is licensed if required. This can't be **you**, a **traveling companion**, any member of either **your immediate family**, or any member of the sick or injured person's **immediate family**.

**Domestic partner**  
A person **you've** lived with in a spousal relationship for at least 12 consecutive months who is 18 years or older. **You** must be able to show evidence that **you've** lived together for 12 consecutive months.

**Epidemic**  
An outbreak of a contagious disease that spreads rapidly and widely and that is identified as an **epidemic** by The Centers for Disease Control and Prevention (CDC).

**Existing medical condition**  
An **illness** or **injury** that **you**, a **traveling companion** or **family member** were seeking or receiving treatment for or had symptoms of on the day **you** purchased **your plan**, or at any time in the 120 days before **you** purchased it.

**You**, a **traveling companion** or **family member** are considered to have an **existing medical condition** if **you**, a **traveling companion** or **family member**:

- saw or were advised to see a **doctor**;
- had symptoms that would cause a prudent person to see a **doctor**; or
- were taking prescribed medication for the condition or the symptoms, unless the condition or symptoms are effectively controlled by the prescription, and the prescription hasn't changed.

**Family members** only include the following, whether or not they're traveling with **you**:

- spouses and common-law, civil union and **domestic partners**;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- siblings;
- grandparents and grandchildren;
- the following in-laws: mother, father, son, daughter, brother, sister;
- aunts, uncles, nieces and nephews;
- legal guardians and wards;
- business partners;
- paid, live-in caregivers; and
- service animals (as defined by the Americans with Disabilities Act).

**Immediate family members** are:

- spouses and common-law, civil union and **domestic partners**;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- siblings; and
- grandparents and grandchildren.

**Financial default**  
A complete cessation of operations because of financial circumstances, with or without filing for bankruptcy protection.

**Hospital**  
A facility whose primary function is to diagnose and treat sick and injured people under the supervision of **doctors**. It must:

- have organized departments of medicine and major surgery, on site or off site through a pre-arranged contract provide 24 hour nursing service supervised or provided by registered nurses;
- be compensated by patients or their insurance providers for performing these services; and
- be licensed where required.

**Illness**  
Sickness, infirmity or disease. It doesn't include conditions **you** already had or knew about when **you** purchased **your plan** (see **existing medical condition**).

**Injury**  
Physical harm directly caused by an **accident** or **assault**, without other contributing causes.

**Medical condition**  
A physical condition **you** have, or have symptoms of, that **you**:

- have seen or been advised to see a **doctor** about;
- have symptoms of that would cause a prudent person to see a **doctor**; or
- are taking prescribed medication for.

| | |
|---|---|
| **Natural disaster** | A large-scale extreme weather or environmental event that damages property, disrupts transportation or endangers people. Examples include: earthquake, fire, flood, hurricane, or volcanic eruption. |
| **Pandemic** | An **epidemic** over a wide geographic area that affects a large portion of the population. |
| **Primary residence** | **Your** permanent, fixed address and **primary residence** for legal and tax purposes. **We** call the place **your primary residence** is located **your** place of residence. |
| **Quarantine** | Mandatory isolation or restrictions on where **you** can go, intended to stop a contagious disease from spreading. |
| **Refund** | Cash or a credit or voucher for future travel that **you** get from a travel agent, tour operator, airline, cruise line or other **travel supplier**, or any credit, recovery or reimbursement **you** get from **your** employer, another insurance company, a credit card issuer or any other entity. |
| **Scheduled departure date** | The day and time **you** listed on **your** enrollment or other form as the day and time **you** plan to start **your trip. You** have paid for travel that starts on this date. |
| **Severe weather** | Hazardous weather conditions, like fog, a hailstorm or severe rainstorm, a blizzard, or an ice storm. |
| **Terrorist event** | When an organized terrorist group, as defined by the U.S. State Department, injures or kills people or damages property to achieve a political, ethnic or religious goal or result. **Terrorist events** don't include general civil protest, unrest, rioting or acts of war. |
| **Travel supplier** | A travel agent, tour operator, airline, cruise line or other travel service provider. |
| **Traveling companion** | A person traveling with **you** whose name appears with **yours** on the same **trip** arrangement and who will accompany **you** on **your trip.** A group or tour leader is not considered a **traveling companion** unless **you** are sharing the same room with the group or tour leader. |
| **Trip** | Round-trip or one-way travel to and from a place at least 100 miles from **your** home. It can't include travel to receive health care or medical treatment of any kind, or commuting to and from work. |
| **Unlawful acts** | Felonies committed by **you,** a **traveling companion** or a **family member,** even if the **family member** isn't covered by **your plan.** |
| **Uninhabitable** | A **natural disaster,** fire, flood, burglary or vandalism causes enough damage to make a reasonable person find their home or other **accommodation** unfit for use. |

## Your Travel Insurance Certificate

Thank you for buying a travel insurance **plan** from **us**!

**Your plan** is described in the following documents:
- This **certificate,** which explains how **our** travel insurance works.
- The *letter of confirmation* that came with **your** package, which tells **you** what coverage **your plan** includes and the limits.
- Any other information **you** receive with **your** package, including riders or other forms.

**Please make sure you read these documents carefully.** This **certificate** may describe coverage **your plan** doesn't include. Make sure **you** review carefully **your** *letter of confirmation.* Contact **us** immediately if **you** don't receive **your** *letter of confirmation* or if **you** think there is a mistake.

All dollar amounts in these documents are in US dollars.



**We can help!**
**Our** assistance team can help **you** with problems 24 hours a day, almost anywhere in the world.

In the United States, Canada, Puerto Rico
and the U.S. Virgin Islands    **1-800-654-1908**
All other locations, call collect    **1-804-281-5700**

# WHAT'S INSIDE

Section 1: Our agreement with you ............................................................. 25

Section 2: What this certificate includes ............................................... 26

Section 3: What this certificate excludes .............................................. 29

Section 4: Who is covered and when .......................................................... 31

Section 5: Claims information .................................................................... 32

Section 6: Definitions................................................................................. 34

# SECTION 1: OUR AGREEMENT WITH YOU

**Your** travel insurance plan (**your plan**) includes both insurance coverage and assistance services.

Throughout this document:

- **we**, **us** and **our** mean Jefferson Insurance Company and its agents;
- **Jefferson** means Jefferson Insurance Company;
- **you** and **your** mean the people listed on **your** *letter of confirmation*; and
- all other bolded terms are defined in Section 6, Definitions.

All of the information about travel insurance in this document is subject to the terms and conditions of the Group Policy underwritten by **Jefferson**. No one has the right to describe this travel insurance any differently than it has been described in this document, or to change or waive any of its provisions. **Our** coverage may be broader than described in the **certificate**. If there is a discrepancy between the Group Policy and the **certificate**, the Group Policy governs.

**About this agreement**

**Please read your certificate carefully for full details.** This is a legal contract. The entire contract consists of the master policy, the **certificate**, any riders attached to it; and the *letter of confirmation*. **You** have a duty to make all reasonable efforts to minimize any loss.

**We** have issued the **certificate** and any attached riders based on **your** payment of the premium and on the information **you** included in **your** enrollment or other form. The statements **you** made in **your** enrollment or other form are representations and not warranties. **We** may use this information to void insurance, reduce benefits or defend **our** decision about a claim.

The headings in this **certificate** are for convenience only.

> **Satisfaction Guarantee**
> **We** will refund **your** insurance premium if **you** cancel **your plan** within 10 days of purchase and **you** haven't started **your trip** or filed a claim.

**Signed for Jefferson Insurance Company, 9950 Mayland Drive, Richmond, VA 23233**

**Mike Nelson, President**                      **Fred Faett, Secretary**

CertSections2&3A08101AHCPDocument26 Filed 09/08/22 Page 360 of 656

## SECTION 2: WHAT THIS CERTIFICATE INCLUDES

This is a named perils travel insurance **certificate**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

The **plan you** purchased may not include all the coverage described here. Make sure **you** check **your** *letter of confirmation* to confirm **your** coverage and limits.

**Your plan** also includes assistance services, which are described in *Help while traveling.*

| Coverage | When it applies | Page |
|---|---|---|
| | **You get sick or hurt while traveling** | 27 |
| Emergency medical/dental | **You** have to pay for **emergency medical or dental care** | |
| | **Other coverage** | 28 |
| Existing medical condition | **You** have an **existing medical condition** | |

\* Underwritten by Jefferson Insurance Company

### How to read Section 2

**When it applies**  Tells **you** when **you're** eligible to make a claim. These situations and events are called **covered reasons.**

**What it covers**  Tells **you** the kinds of things **you** can be reimbursed for. **You'll** find out more in Section 5, *Claims information.*

**We can help!**



Tells **you** about related assistance services that are available to **you** worldwide. **You'll** find a complete list in *Help while traveling.*

 **Important**
Be sure to also read Section 3, *What this certificate excludes,* as well as Section 4, *Who is covered and when,* for important information on how **your** coverage works. Travel insurance doesn't cover everything. It's designed to protect **you** when there's a sudden, unexpected problem or event.

## YOU GET SICK OR HURT WHILE TRAVELING

 **We can help!**
Need help finding a **doctor** or getting emergency cash from home to pay for treatment? See *Help while traveling,* for a complete list of ways **we** can help.

### Emergency medical/dental coverage

**When it applies**  **You** have to pay for **emergency medical or dental care** for one of the following **covered reasons**:

- **you** have a sudden, unexpected **illness** or **injury** during **your trip** that's either life threatening or could cause serious and irreparable harm if it isn't treated.
- **you** have an **injury** or infection, a lost filling or a broken tooth during **your trip** that requires immediate treatment by a **dentist.**

Specific requirement:
- The treatment is **medically necessary** and is provided by a **doctor, dentist, hospital** or **other licensed provider** during your **trip.**

**What it covers**  Please refer to **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan,** including any **deductible** for **outpatient** care that may apply to **your plan.**

*Reasonable and customary costs*
**Reasonable and customary costs** for supplies and services from a **doctor, dentist, hospital** or **other licensed provider.**

**California Residents:** If **you** are purchasing a **plan** that includes emergency medical/dental coverage, please note the following:
This **plan** contains disability insurance benefits or health insurance benefits, or both, that only apply during the covered **trip. You** may have coverage from other sources that already provides **you** with these benefits. **You** should review **your** existing policies. If **you** have any questions about **your** current coverage, call **your** insurer or health plan.

 **Important**
This is secondary coverage. If **you** have health insurance, **you** must submit **your** claim to that provider first. Any benefits **you** receive from **your** primary insurance provider or from any excess coverage will be deducted from **your** claim.

If **you're** eligible for benefits or compensation through a government-funded program other than Medicaid, **you** don't qualify for this coverage.

Case 2:22-cv-00544-KJM-AC Document 22-1 Filed 09/19/22 Page 37 of 56

## OTHER COVERAGE



**Important**
Please check **your** *letter of confirmation* to confirm **your** coverage and limits.

## Existing medical condition coverage

If **your plan** includes this coverage, **you** , a **traveling companion** or **family member** can have an **existing medical condition** and **you** will still be eligible for all coverage and assistance services, as long as:

- **you** purchased **your plan** within 14 days of making **your** first **trip** payment or first **trip** deposit;
- **you** were a U.S. resident and medically able to travel on the day **you** purchased the **plan**;
- the total cost of **your trip** is $50,000 per person or less; and
- all other stated terms and conditions are met.

# SECTION 3: WHAT THIS CERTIFICATE EXCLUDES

## GENERAL EXCLUSIONS

**You** aren't covered for any loss that results directly or indirectly from any of the following general **exclusions**.

The following things if they affect **you**, a **traveling companion** or a **family member**, whether the **family member** is traveling with **you** or not:

- **existing medical conditions** (unless **you** have existing medical condition coverage in Section 2);
- intentional self-harm or attempting or committing suicide (only applies to **you**);
- pregnancy, (unless specifically included in Section 2), unless there are unforeseen complications or problems with the pregnancy;
- fertility treatments, childbirth or elective abortion;
- a mental or nervous health disorder (like anxiety, depression, neurosis, psychosis and others), or any related physical complications (physical complication means any physical symptom); or
- the use or abuse of alcohol or drugs, or any related physical complications (physical complication means any physical symptom).

The following activities if **you**, a **traveling companion** or a **family member** participates in them, whether the **family member** is traveling with **you** or not:

- flying or learning to fly an aircraft as a pilot or crew member;
- participating in or training for any professional or amateur sporting competition; or
- participating in extreme, high-risk sports like:
  - skydiving, hang gliding or parachuting;
  - bungee jumping;
  - caving;
  - extreme skiing, heli-skiing or skiing outside marked trails;
  - body contact sports (meaning any sport where the objective is to physically render an opponent unable to continue with the competition such as boxing and full contact karate);
  - mountain climbing or any other high altitude activities; or
  - scuba diving below 120 feet (40 meters) or without a dive master.

The following events:

- any problem or event that could have reasonably been foreseen or expected when **you** purchased **your plan**;
- an **epidemic** or **pandemic**;
- **natural disasters** like hurricanes, earthquakes, fires and floods (unless specifically included in Section 2);
- air, water or other pollution, or the threat of a pollutant release;
- **nuclear reaction,** radiation or radioactive contamination;
- war (declared or undeclared), acts of war, military duty, civil disorder or unrest (unless specifically included in Section 2);

- **terrorist events** (unless specifically included in Section 2);
- **financial default** (unless specifically included in Section 2); or
- **unlawful acts**.

**You** aren't eligible for reimbursement under any coverage if:
- **your common carrier** tickets don't show departure and return dates; or
- the departure and return dates on **your** enrollment or other form don't represent when **you** actually intended to travel.

## SECTION 4: WHO IS COVERED AND WHEN

### WHO IS COVERED BY YOUR PLAN

**Your plan** covers the people listed on **your** *letter of confirmation*.

### WHEN YOUR COVERAGE BEGINS AND ENDS

**You're** only eligible for coverage if **we** accept **your** request for insurance.

**Your plan's** effective date depends on how **you** purchased it.

| if you purchased | it's effective: |
| --- | --- |
| in person | the day and time **you** purchase **your plan**. |
| by mail | the day after **your** enrollment or other form is postmarked. |
| over the phone | the day after **you** place **your** telephone order. |
| by fax | the day after **we** receive **your** fax. |
| online | the day after **we** receive **your** online order. |

All coverage begins on **your scheduled departure date**, as long as **we've** received **your** payment. **Your** departure and return dates are counted as two separate days of travel when **we** calculate the duration of **your trip**.

**Your** coverage ends on the earliest of:
- the day **you're** scheduled to return;
- the day **you** actually return, if **you** come back earlier;
- the day and time **you** cancel **your trip**; or
- the 365th day of the **trip**.

If **your** return travel is delayed for a **covered reason**, **we'll** extend **your** coverage until **you** can get home.

**Your plan** can't be renewed.

# SECTION 5: CLAIMS INFORMATION

## HOW TO MAKE A CLAIM

Making a claim is easy – just visit **www.allianztravelinsurance.com**, email or call **us** and **we'll** be happy to help.

*Go online to:*
- find out what forms and documentation **you** need.
- download a claims form and mail it in.
- file a claim electronically and track its progress.

*Email or call to:*
- find out what forms and documentation **you** need.
- file a claim and check its progress.

*Claims inquiry:*
- **Website: www.allianztravelinsurance.com**
- **Email: claimsinquiry@allianzassistance.com**
- **Telephone: 1-800-334-7525**

## IMPORTANT INFORMATION ABOUT CLAIMS

**You** have 90 days from the date of **your** loss to submit **your** claim to **us**, except as otherwise provided by law.

*Proof of Loss*
**You** are responsible for providing all necessary documentation to prove **your** loss.

*Assignment*
**You** can assign **your** rights under **your plan** by notifying **us** in writing.

*About beneficiaries*
All benefits will be paid to **your** estate.

*Duplicate coverage*
If **you're** covered by another certificate or policy that **we've** issued with the same or similar coverage, **we'll** use the terms and conditions of the certificate or policy that pays the most. **We'll** also refund any premium **you've** paid for duplicate coverage.

**We** have the right to have **you** medically examined as reasonably necessary to make a decision about **your** medical claim. If someone covered by **your plan** dies, **we** may also require an autopsy (except where prohibited by law). **We** will cover the cost of these medical examinations or autopsies.

*Recovery*
**We** have the right to recover any amount **you** receive that exceeds the total amount of **your** loss.

*Subrogation*
When someone is responsible for **your** loss, **we** have the right to recover any payments **we've** made to **you** or someone else in relation to **your** claim, as permitted by law. Everyone eligible to receive payment for a claim submitted to **us** must cooperate with this process, and must refrain from doing anything that would adversely affect **our** rights or the rights of **Jefferson** to recover payment.

*About fraud*
Fraud is illegal. **We** will deny **your** claim if:
- what **you** told **us** on **your** enrollment or other form is deliberately misleading or inaccurate; or
- **you** intentionally file a claim that includes false information or deliberately conceals material facts. This may be a crime subject to criminal prosecution and civil penalties, and **you** may be liable for the stated value of the claim.

*Resolving disputes*
If **you** disagree with **our** decision about a claim, **you** can request to go to arbitration through the American Arbitration Association. If **we** agree, **you** can submit a dispute to desk arbitration, as long as:
- **you** submit it at least 60 days, but no more than three years, after **you've** filed **your** entire claim with **us**; and
- it complies with the American Arbitration Association's rules at the time **you** submit it.



**Important**

This is a named perils travel insurance **certificate**, which means it covers only the specific situations, events and losses included in this document, and only under the conditions **we** describe.

**We'll** only pay for reasonable, appropriate expenses that are covered by the **plan you** purchased. Please check **your** *letter of confirmation* to confirm **your** coverage and limits in **your plan**.

Case 2:22-cv-00644-KKM-AAS Document 22-1 Filed 08/03/22 Page 40 of 56

# SECTION 6: DEFINITIONS

**Accident** — An unexpected and unintended event that causes **injury**, property damage or both.

**Assault** — Physical **assault** that requires treatment in a **hospital**.

**Common carrier** — A company that's licensed to carry passengers on land, water or in the air for a fee, not including car rental companies.

**Covered reasons** — The specific situations and events that are covered by this **certificate**.

**Deductible** — The dollar amount **you** must contribute to the loss.

**Dentist** — Someone who is licensed and legally entitled to practice dentistry or dental surgery. This can't be **you**, a **traveling companion**, any member of either **your immediate family**, or any member of the sick or injured person's **immediate family**.

**Doctor** — Someone who is legally entitled to practice medicine, and is licensed if required. This can't be **you**, a **traveling companion**, any member of either **your immediate family**, or any member of the sick or injured person's **immediate family**.

**Domestic partner** — A person **you've** lived with in a spousal relationship for at least 12 consecutive months who is 18 years or older. **You** must be able to show evidence that **you've** lived together for 12 consecutive months.

**Emergency medical and/or dental care** — Medical and dental services, supplies and charges that are for a health emergency. It doesn't include things like:
- elective cosmetic surgery or cosmetic foot care;
- physical exams;
- allergy treatments (unless life threatening);
- hearing aids, eyeglasses and contact lenses;
- palliative care; or
- experimental treatment.

**Epidemic** — An outbreak of a contagious disease that spreads rapidly and widely and that is identified as an **epidemic** by The Centers for Disease Control and Prevention (CDC).

**Existing medical condition** — An **illness** or **injury** that **you**, a **traveling companion** or **family member** were seeking or receiving treatment for or had symptoms of on the day **you** purchased **your plan**, or at any time in the 120 days before **you** purchased it.

**You**, a **traveling companion** or **family member** are considered to have an **existing medical condition** if **you**, a **traveling companion** or **family member**:
- to see a **doctor**;
- had symptoms that would cause a prudent person to see a **doctor**; or
- were taking prescribed medication for the condition or the symptoms, unless the condition or symptoms are effectively controlled by the prescription, and the prescription hasn't changed.

**Family member** — Any of the following people, whether or not they're traveling with **you**:
- spouses and common-law, civil union and **domestic partners**;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- siblings;
- grandparents and grandchildren;
- the following in-laws: mother, father, son, daughter, brother, sister;
- aunts, uncles, nieces and nephews;
- legal guardians and wards;
- business partners;
- paid, live-in caregivers; and
- service animals (as defined by the Americans with Disabilities Act).

**Immediate family members** are:
- spouses and common-law, civil union and **domestic partners**;
- parents and step-parents;
- children and step-children (including adopted or soon to be adopted children);
- siblings; and
- grandparents and grandchildren.

**Financial default** — A complete cessation of operations because of financial circumstances, with or without filing for bankruptcy protection.

**Hospital** — A facility whose primary function is to diagnose and treat sick and injured people under the supervision of **doctors**. It must:
- have organized departments of medicine and major surgery, on site or off site through a pre-arranged contract provide 24 hour nursing service supervised or provided by registered nurses;
- be compensated by patients or their insurance providers for performing these services; and
- be licensed where required.

**Illness** — Sickness, infirmity or disease. It doesn't include conditions **you** already had or knew about when **you** purchased **your plan** (see **existing medical condition**).

**Injury** — Physical harm directly caused by an **accident** or **assault**, without other contributing causes.

Case 2:22-cv-00874-MAG-... Document 221-1 Filed 08/07/... Page 41 of 56

| | |
|---|---|
| **Medically necessary** | Treatment that's appropriate for your illness or injury, consistent with your symptoms, and that can safely be provided to you. It meets the standards of good medical practice and isn't for your convenience or the provider's convenience. |
| **Natural disaster** | A large-scale extreme weather or environmental event that damages property, disrupts transportation or endangers people. Examples include: earthquake, fire, flood, hurricane, or volcanic eruption. |
| **Other licensed provider** | A person or entity that isn't a **doctor** or **hospital** but provides medical or dental services, and is licensed where required. |
| **Outpatient** | Someone who receives medical or dental treatment but doesn't have to stay at a **hospital** for overnight care. |
| **Pandemic** | An **epidemic** over a wide geographic area that affects a large portion of the population. |
| **Quarantine** | Mandatory isolation or restrictions on where **you** can go, intended to stop a contagious disease from spreading. |
| **Reasonable and customary costs** | What customers would usually be charged for a specific service in a particular geographic area. The charges are appropriate to the availability of the service, and of skilled and licensed service providers. |
| **Scheduled departure date** | The day and time **you** listed on **your** enrollment or other form as the day and time **you** plan to start **your trip. You** have paid for travel that starts on this date. |
| **Severe weather** | Hazardous weather conditions, like fog, a hailstorm or severe rainstorm, a blizzard, or an ice storm. |
| **Terrorist event** | When an organized terrorist group, as defined by the U.S. State Department, injures or kills people or damages property to achieve a political, ethnic or religious goal or result. **Terrorist events** don't include general civil protest, unrest, rioting or acts of war. |
| **Traveling companion** | A person traveling with **you** whose name appears with **yours** on the same **trip** arrangement and who will accompany **you** on **your trip**. A group or tour leader is not considered a **traveling companion** unless **you** are sharing the same room with the group or tour leader. |
| **Trip** | Round-trip or one-way travel to and from a place at least 100 miles from **your** home. It can't include travel to receive health care or medical treatment of any kind, or commuting to and from work. |
| **Unlawful acts** | Felonies committed by **you**, a **traveling companion** or a **family member**, even if the **family member** isn't covered by **your plan**. |

# HELP WHILE TRAVELING

If **you** need help while traveling, **our** assistance team is available 24 hours a day.

**Our** services are here to help make challenging situations a little easier. With **our** global reach, **we** can get **you** in touch with licensed medical and legal professionals and other kinds of help.



**Important**
Please note that the General exclusions for **your plan** also apply to **our** assistance services. **You'll** find the list of these exclusions in Section 3, *What this certificate excludes.*

## HOW TO REACH US

In the United States, Canada, Puerto Rico and U.S. Virgin Islands, call **1-800-654-1908**
All other locations, call collect **1-804-281-5700**
If **you** can't call collect, **we'll** call **you** back.

Please have this information ready when **you** call:
- **your** name, location and phone number
- **your** identification number

## MEDICAL ASSISTANCE

*Finding a doctor, dentist or medical facility*
If **you** need care from a **doctor**, **dentist** or medical facility while **you're** traveling, **we** can help **you** find one.

*Paying or guaranteeing your hospital bill*
If **you** need to be admitted to a **hospital** as an **inpatient** for longer than 24 hours, **we** can guarantee or advance payments up to the limit of **your** *emergency medical/dental coverage* (described in Section 2).

*Monitoring your care*
If **you're** hospitalized, **our** medical staff will stay in contact with **you** and the **doctor** caring for **you**. **We** can also notify **your** family and **your** doctor back home of **your** **illness** or **injury** and update them on **your** status.

Case 2:22-cv-00050-RWS Document 120-5 Filed 10/07/22 Page 42 of 56

## IN-TRANSIT ASSISTANCE

*Flight information*
If **you** miss **your** flight or it's delayed or canceled, **we** can provide you with the most current travel delay information and give **you** arrival and departure times for other flights that will get **you** to **your** connecting flight or final **destination**.

*Changing your flight*
If **your** trip is interrupted or delayed, and **you** must change **your** original flight, **we** can help by conferencing **you** to **your** travel agent or airline to change **your** existing ticket(s).

*New flight booking*
If **your** trip is interrupted or delayed, and **you** need to book a new flight an alternative to the one on **your** original itinerary, **we** can help book that flight for **you**.

*Hotel rebooking*
If **your** trip has been interrupted or delayed, **we** can help change **your** reservation or suggest alternative accommodations.

## IN-DESTINATION ASSISTANCE

*Destination information*
We can provide **you** with important information about **your** destination – such as, but not limited to, travel documentation requirements, travel advisories, and inoculation/immunization requirements.

*Lost travel documents assistance*
If **your** travel tickets are lost or stolen, **we** can contact the airline or other **common carrier**, and can help **you** with **your** travel arrangements if **your trip** is interrupted.
If **your** passport or other travel documents are lost or stolen, **we** can help **you** reach the appropriate authorities, contact **your** family or friends, and assist **you** in getting **your** documents replaced.

*Emergency language translation*
**We** can help **you** with interpretation service in the event **you** require help locally but are unable to communicate due to language barriers.

*Emergency cash assistance*
If **your** cash is lost or stolen or you need extra money to pay for unexpected expenses, we can arrange to transfer funds from your family or friends.

*Legal referrals*
**We** can help **you** find local legal advice if **you** need it while **you're** traveling.
If **you** need to pay legal fees, **we** can arrange to transfer funds from **your** family or friends.

We can help **you** get an urgent message to someone back home. **We'll** try calling up to three times within 24 hours and confirm whether **we** were able to reach the person **you** asked us to contact.

**About our assistance services**
**Our** goal is to help **you** with **your** problem no matter where **you're** traveling.

**We'll** make all reasonable efforts to help **you** as **we've** described, but there may be times when **we** aren't able to resolve **your** problem for reasons that are beyond **our** control.

**We** will always do **our** best to refer **you** to appropriate professionals, but please be aware that they are independent providers and **we** can't be held responsible for the results of any services they provide.

## EMERGENCY MEDICAL TRANSPORTATION



**Important**
If **your** emergency is immediate and life threatening, seek local emergency care at once.

Please refer to **your** cover letter to confirm **your** coverage and limits in **your plan**.

**You** or **your** representative must contact **us** and **we** must make all transportation arrangements in advance. **We** will not pay for any of the services listed in this section if **we** didn't authorize and arrange it.

*Moving you to a hospital or medical clinic (emergency medical evacuation)*
If **you're** seriously **ill** or **injured** during **your trip** and **our** medical team determines that the local medical facilities are unable to provide appropriate medical treatment:

- **our** medical team will consult with the local **doctor**;
- **we'll** identify the closest appropriate facility, make arrangements and pay to transport **you** to that facility; and
- **we'll** arrange and pay for a **medical escort** if **we** determine one is necessary.

*Getting you home after your care (medical repatriation)*
If **you're** seriously **ill** or **injured** during **your trip**, under the care of a local **doctor** and unable to continue **your trip**, medical repatriation takes place once **our** medical team determines that **you** are medically stable to return home via commercial transportation carrier, such as a scheduled passenger airline. **We'll**:

- arrange and pay (less any **refunds** for unused tickets) for **you** to be transported via a commercial transportation carrier in the same class of service that **you** were booked for **your trip**. The transportation will be to <u>one</u> of the following:

- **your primary residence**;
- a location of **your** choice in the United States; or
- a medical facility near **your primary residence** or city of **your** choice in the United States. **We'll** take **your** request into consideration as long as the medical facility will accept **you** as a patient and is approved as medically appropriate for **your** continued care by **our** medical director.
- arrange and pay for a **medical escort** if **our** medical team determines a **medical escort** is necessary.

*Bringing a friend or family member to you (transport to bedside)*
If **you're** told **you** will be hospitalized for more than seven days during **your trip**, **we'll** transport a friend or **family member** to stay with **you**. **We'll** arrange and pay for round-trip transportation in economy class on a **common carrier**.

*Getting your children home (return of dependents)*
If **you're** told **you** will be hospitalized for more than seven days during **your trip**, **we'll** arrange for and pay (less any **refunds** for unused tickets) to transport **your** children under the age of 23 who are traveling with **you** to <u>one</u> of the following:
- **your primary residence**; or
- a location of **your** choice in the United States.
Transportation will be on a **common carrier** in the same class of service they were originally booked.

*Transporting your remains (repatriation of remains)*
**We'll** arrange and pay for the reasonable and necessary services to transport **your** remains to <u>one</u> of the following:
- a funeral home near **your primary residence**; or
- a funeral home located in the United States.

**We'll** also assist the sending and receiving funeral homes coordinate with each other.
This benefit does not include funeral, burial or cremation expenses or related containment expenses for items such as a coffin, urn or vault.

**Your** representative must contact **us** in advance to make these arrangements. If this is not possible, **your** representative must contact **us** within a reasonable time, but no later than one year after the transportation.

**Medical escort** A professional person contracted by **our** medical team to accompany a seriously **ill** or **injured** person while they are being transported. A **medical escort** is trained to provide medical care to the person being transported. A friend or **family member** cannot be a **medical escort**.

TI_301_04_C_V2S

# We're only a CLICK away!

## Visit www.allianztravelinsurance.com to:

- File a claim
- Check claim status



# JEFFERSON INSURANCE COMPANY
**(A Stock Company)**

**ENDORSEMENT**

**Emergency Medical and Dental Coverage**
**Primary**

The Certificate to which this endorsement is attached is amended as follows:

In Section 2 entitled **WHAT THIS CERTIFICATE INCLUDES, Emergency Medical/ Dental Coverage** is amended as follows:

1.  The following is deleted:

    This is secondary coverage.  If **you** have health insurance, **you** must submit **your** claim to that provider first.  Any benefits **you** receive from **your** primary insurance provider or from any excess coverage will be deducted from **your** claim.

2.  The following is added:

    This coverage is primary.

There are no other changes to the Certificate.

101-OE-XX-02

# IMPORTANT PRIVACY NOTICE

**THIS NOTICE DESCRIBES HOW PERSONAL DATA AND MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN ACCESS THIS INFORMATION.  PLEASE REVIEW IT CAREFULLY.**

AWP USA Inc. and its subsidiaries, including Jefferson Insurance Company and AGA Service Company d/b/a Allianz Global Assistance are committed to protecting your privacy. By using our products, services or website, you consent to our collection and use of your Personal Data as described in this notice ("Notice").

**Definitions**. The below definitions apply to this Notice:

1. "Personal Data" means non-public personal information that identifies a specific identified or identifiable person ("you").  An identifiable person is one who can be identified by reference to an identifier (such as name) or other factors specific to that person. Personal Data does not include publicly available, de-identified, or aggregated data.

2. "Sensitive Data" means Personal Data about a person's race or ethnicity; political, religious, philosophical, ideological, or trade union memberships, opinions, views or activities; medical or health conditions or protected health information ("PHI") as defined in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); genetic or biometric data; financial account information (e.g. bank account number); government-issued ID numbers; sexuality; or social security measures or administrative or criminal proceedings and sanctions that are treated outside pending proceedings.  Sensitive Data also includes information we receive from a third party who treats and notes the information as sensitive.

3. "Agent" means a third party that collects or uses Personal Data to perform tasks on our behalf, or our underwriters.

4. "We/Us/Our" means one or more of AWP USA Inc., Jefferson Insurance Company and AGA Service Company.

**Privacy Practices**. This Notice describes how we collect, use, and maintain Personal Data. It also describes your and our rights.

1. Notice:  We collect Personal Data from you, or from your agents, representatives, suppliers and providers, or other party from whom you have authorized us to collect it on your behalf. This may include:
    (i) Identifiers and other identifying personal information (e.g. name, contact information like address, email address, or other unique personal identifiers, signature, date of birth, insurance policy numbers, education, employment information and history);
    (ii) billing or payment information (e.g. bank account or payment card number and billing information);
    (iii) information about your trip, event, or enrollment (e.g. agents, suppliers, trip itinerary and plans; tuition and enrollment information);
    (iv) information about your transactions or business with us or others (e.g. personal information you provide us for us to generate quotes or to purchase products, quote/purchase history, receipts, insurance EOBs);
    (v) financial account information (e.g. account numbers, statements);
    (vi) health information (e.g. health insurance information, disability information, medical treatment history, invoices);
    (vii) information about or related to any claim you make or other use of our products (e.g. details of your loss, police reports, health/vital records, professional or employment-related information) records of interactions, communications and correspondence between you and us, including audio and electronic information);
    (viii) information about your websites and/or mobile application (e.g. browser data, IP address, information about your interaction with a website, application, or advertisement);
    (ix) geolocation data (e.g. for use of location-based website or mobile application customization or services);
    (x) biometric information (e.g. fingerprinting required for insurance licenses);
    (xi) protected class information (e.g. age, which may be used for purposes of quoting, or disability which may be used in administration of your claim)
    (xii) government-issued identification numbers (e.g. social security number, driver's license number, passport number); or
    (xiii) any other information provided to us by you or on your behalf.

    We may also collect Personal Data from consumer reporting agencies or fraud databases (e.g. fraud reports).  This data may be collected from forms, such as enrollment or claim forms; by phone, website, email, fax, or correspondence; or via cookies.

    We may use the Personal Data we collect from any of the above categories to:
    (i) to offer, market, sell, underwrite, or make available to you insurance or assistance products or services;

(ii)   to provide you with information or services for such products and services;
(iii)  to service and administer your insurance, assistance, or other products and services. This may include, for example: providing travel assistance or concierge services, servicing and processing your policy or claims, conducting quality or satisfaction surveys and assessments, keeping electronic or audio records of our interactions and correspondence with you and documents sent and received; and fraud prevention;
(iv)   to arrange for the provision of services you request;
(v)    to protect our legal rights or to respond to lawful requests by public authorities, including to meet national security or law enforcement requirements or as otherwise required by law; or
(vi)   for purposes to which you've otherwise consented.

This may in some cases include disclosing your Personal Data to Agents. But, such disclosures are only for the purposes described in this Notice, or for everyday business purposes or as required or allowed by law (e.g. to process transactions, maintain accounts, respond to court orders and legal investigations, or report to credit bureaus). These Agents may be affiliated or nonaffiliated, and may be located both inside and outside of the US.  They may be financial services providers (e.g. underwriting insurers). They may also be non-financial companies (e.g. health service providers, travel service providers, the agent/agency through whom you purchased, service providers helping us with marketing or technology).

Should you be purchasing insurance on another's behalf, we and the insurer may require the personal information of the insured to provide and administer the benefits of their plan.  By providing the insured's personal information at the time of purchase, you are confirming that you have obtained the insured's consent to provide this personal information for this use.

Where we are subject to HIPAA, we must notify you of our duties and practices with respect to PHI.  Except as described here or allowed or required by law, we will only use or disclose your PHI or health records with your prior express consent.  Under HIPAA, we may use and disclose your PHI for one or more of the following purposes:
(1)   monitoring the health care treatment you receive (e.g. we may send or receive PHI to or from a doctor regarding your condition and treatment so we can see that your treatment is appropriate);
(2)   payment for health services (e.g. we may use your PHI to make payments to a hospital that has treated you);
(3)   to help run our company (e.g. we may use your PHI to conduct quality audits of the services we provided to you. However, we may not use or disclose genetic information about you for underwriting purposes); or
(4)   for other purposes as required to administer your insurance or assistance product (e.g. we may use PHI to determine coverage for a claim made under an insurance policy).

We may also in some cases need to use or disclose information about you which may include your PHI for one or more of the following purposes:
(1)   for public health and safety issues;
(2)   to comply with legal or regulatory requirements;
(3)   to address or comply with workers' compensation, law enforcement, or other legal or government mandates or requests; or
(4)   to respond to lawsuits or legal actions.

Cookies are text files on your computer.  When you access our website or use our mobile application, we use cookies, among other things, to collect data about your web usage.  We also use Google, Inc.'s Google Analytics and AdWords services, iAdvize and Jacada's chat and monitoring service, and other similar third-party vendor services. These services use cookies to transmit your IP address and other website navigation and Internet usage/network activity data and device/browser-generated data, including regarding your browsing history and your interaction with our and other websites, applications, and advertisements.  iAdvize also uses JavaScript to provide its chat and monitoring services. These vendors may provide this data to us or store and/or aggregate this data to analyze such usage and create reports for us.  We, our affiliates and our Agents use such data and reports for our own business purposes (e.g. to provide customer service, to optimize the content you see from us, website improvement, other purposes stated in this Notice, etc.) and Payment Card Industry Data Security Standard ("PCI") compliance. These vendors may also display our ads on sites across the Internet, and they may use this data to later display ads or other information to you based on your website usage or other information collected as described above. By using our website, you consent to this use of cookies and data for these purposes. You can refuse cookies by disabling them in your browser (this may affect the content available to you).  Our websites do not respond to "Do Not Track" requests from browsers.

We may use your geolocation information for generating location-specific product advertisements and offers or to provide and administer the insurance and assistance services as described above. This information may also be used for location-based website or mobile website application services, such as access to local alerts and emergency

services numbers and providers, maps, and translation services, and other similar services, or for purposes to which you otherwise consent or as described here.

Last, we may use and disclose the name, email address, or contact information of current and former customers to Agents for marketing administration purposes. For example, we may need to disclose the email address you provided to us to an Agent providing marketing services on our behalf to help ensure that your opt out choices are respected and that you do not receive duplicate communications.

Upon notification and consent your personal data may be used for other reasons. That notice will state the purpose for collecting and using the data, the types of non-Agent third parties to which we disclose the data, and the means we offer you to limit this.

2.  <u>Choice</u>. We reserve the right to disclose Personal Data to third parties as described above. The law in some jurisdictions allows you the right to choose in some cases to opt out of us sharing your Personal Data with a third party or using it for purposes described or that is materially different from the purposes for which it was originally collected or which you later authorize. You may exercise this right by notifying the Privacy Officer at the information provided below. You may opt out of getting non-essential marketing communications from us by giving notice as described below and disabling cookies in your web browser. Except as required or allowed by law (e.g. for fraud prevention), we do not share, sell or otherwise disclose your Personal Data to non-Agent third parties or use it for any purpose other than for which it was originally collected or as you later authorize. If we ever wish to do so, we will give you the opportunity to opt out. If we wish to disclose your Sensitive Data to a non-Agent third party or use such data for a purpose other than for which it was originally collected or as you later authorize, we will only do so with your express consent. We will not unfairly discriminate against you for declining to provide this consent.

    Except as allowed by law, we will not use or disclose psychotherapy notes, use or disclose your PHI for marketing purposes, or use or disclose your PHI in a way that would constitute a sale of PHI under HIPAA unless you expressly authorize us to do so. You may revoke this consent at any time. Such revocation will not apply to actions we have already taken based on that consent. You may request restrictions on our use and disclosure of certain health information for treatment, payment, or our operations. However, we are not required to agree to your request, except as required by HIPAA.

    We may need to disclose Personal or Sensitive Data if we have a good-faith belief that it is needed to protect or defend our or your rights, interests or property or comply with any law or legal mandate, or if it is otherwise required or allowed by law. We will take reasonable care to disclose only as much of such data as is needed.

3.  <u>Accountability for Onward Transfer</u>. We may disclose your Personal Data to our Agents, but only for the limited and specified purposes described here, consistent with the consent you have provided. We will take reasonable and appropriate steps to obtain assurances from our Agents that they will effectively process and safeguard your Personal Data consistent with our obligations under this Notice. Upon discovery, we will take reasonable steps to stop and remediate any unauthorized processing inconsistent with this Notice.

    Our Binding Corporate Rules related to data transfers may be viewed here: https://www.allianz-partners.com/en_US/allianz-partners---binding-corporate-rules-.html

4.  <u>Security</u>. We take reasonable and appropriate measures to protect your data from loss, misuse, or unauthorized access, disclosure, alteration and destruction. These measures take into account the risks involved in the processing and the nature of the Personal Data. To help maintain the security of your data, we use administrative, physical, and technical safeguards. These include utilizing policies to take reasonable precautions to (a) securely and confidentially maintain your Personal Data; (b) assess and protect against threats and hazards to the security or integrity of such data; and (c) prevent unauthorized access to or use of such data. Also, except where required or allowed by law, we limit use of your Personal Data to the minimum necessary to accomplish the purposes for which that data was collected and to be used as described here. We restrict access to your Personal Data to only those who need to access it to accomplish those purposes. We use encryption to make your online transaction with us safe and secure. We protect the privacy of your credit card information with a high degree of care and in compliance with PCI. We are required by law to maintain the privacy and security of your PHI. If there is a breach as defined under HIPAA of your unsecured PHI, we are required by law to notify you.

5.  <u>Data Integrity</u>. We will only collect Personal Data to the extent it is relevant to the purposes for which it was collected. We will not process Personal Data in a way that is incompatible with the purposes for which it has been collected or as you later authorize. To help maintain the integrity of your data, we will take reasonable steps to ensure that Personal Data is reliable for its intended use, relevant, accurate, complete, and current. We will adhere to these principles for as long as we retain this data. We retain Personal Data according to our data retention policy.

6.  <u>Access</u>.  If you discover the data we hold about you is inaccurate or incomplete, please contact us.  We will grant you reasonable access to the Personal Data we hold about you.  We will take reasonable steps to allow you to correct, amend or delete your Personal Data that is inaccurate or incomplete, or has been processed in violation of this Notice, so long as it can be done without undue burden or expense on us, without breaching any legal or professional privilege or obligation, and without violating the rights of others.  Where we are subject to HIPAA, you have the right to request to receive confidential communications of your PHI, as applicable.  In accordance with and as allowed by HIPAA, at your request, you may inspect, amend, and copy PHI we maintain about you and receive an accounting of certain disclosures of your PHI (e.g. health payment records).

7.  <u>Recourse, Enforcement, Liability</u>.  You can send complaints about how we handle your Personal Data to us at the contact information below.  If the data is PHI, complaints can be made to us or to the U.S. Secretary of Health and Human Services.  We will not retaliate against you for filing a complaint.

**Links**.  Our websites provide links (including social media plugins ("Plugins")) that connect to third party websites.  Clicking such link establishes a connection and transmits data to/from the operator of such website. Clicking a Plugin while logged in to a social media account may cause the social media website's operator to publish activity to your account. To avoid this, log out of your account before clicking the Plugin link.  We are not responsible for and make no representations about the content, security, or privacy practices of any other third party websites.  You should read the privacy notices of the websites you visit to understand their data privacy practices.

**Changes to Notice**.  This Notice reflects our business practices. It is not a contract.  However, we are required to and will abide by the terms of this Notice as currently in effect.  We may amend this Notice at any time. We will notify you of any updates by posting a revised notice on our website.  The revised notice will apply to all information collected by us, including previously collected information.  You accept the revised notice by your continued use of our website, products or services following any such amendment.  If we revise this Notice in a way that would allow us to disclose your Personal Data to a nonaffiliated third party other than as already described here, we will provide you with a revised notice and give you the opportunity to opt out of any such disclosure.  You are responsible to regularly review this Notice.  You have the right to a paper copy of this Notice upon request.

**Contact**.  If you have any questions or comments about this Notice or the way that we collect or handle your Personal Data, or if you would like a paper copy of this Notice, please contact our Chief Privacy Officer by any of:

> Email:  privacy@allianzassistance.com
> Phone: 1-800-284-8300
> Mail:    Allianz Global Assistance
>           ATTN: Chief Privacy Officer
>           9950 Mayland Drive
>           Richmond, VA 23233

**Opt Out/Exercise of Rights.**  To opt out of non-essential marketing communications or non-essential unaffiliated third party information sharing, please contact our Chief Privacy Officer as noted above with your name, policy number.  Please include a statement that says "Opt out" (or something similar). Opt outs will be applied to all products and services we provide.  We will not unfairly discriminate against any person who chooses to opt out, or exercise any of their rights as described in this Notice.

**Electronic Notices.**  Unless you chose to receive them by US mail at the time of purchase, by purchasing your policy, you consent to receive all notices and documents from us electronically. They will be sent to the email address provided at the time of purchase.  You may opt to receive notices and documents from us by mail at any time.  If you wish to change or update your notice/documents preferences, email us at customerservice@allianzassistance.com.  Please include your name, policy number, and a note that says "Only contact me by mail" (or something similar).  You can also let us know by phone at 800-284-8300 or by mail to:

> Allianz Global Assistance
> ATTN: Customer Service – Only contact me by mail
> 9950 Mayland Drive
> Richmond, VA 23233

If you don't provide an email address at purchase, you'll receive notices and documents by mail.  You may request paper copies of any electronic information we send, or update your electronic contact information at any time by emailing or mailing us at the above address, or by calling us.  Documents sent to you from us will be in either PDF or HTML format.  If you can't receive or read the documents we send you, please contact us so we can assist you.

**California Residents.**  In addition to as defined above, Personal Data may also include information (other than information that is publicly available, de-identified or aggregated), that identifies, relates to, describes, is reasonably capable of being associated with, or could be reasonably linked to a particular California resident or household.

We have collected the following categories of Personal Data from consumers from the sources and for the purposes as described in this Notice in the past 12 months: identifiers, personal information, characteristics of protected classifications, commercial information, biometric information, internet or other electronic network activity information, geolocation data, audio/electronic/visual information, and professional or employment-related information. We use these categories data for purposes as described in Section 1 of this Notice. We do not sell Personal Data.  We have disclosed the following categories of Personal Data for business purposes as described in this Notice to the categories of third parties identified in this Notice in the past 12 months: identifiers, personal information, characteristics of protected classifications, commercial information, biometric information, internet or other electronic network activity information, geolocation data, audio/electronic/visual information, and professional or employment-related information.

You may in some cases have certain rights under California law. However, these rights are not available in all cases, and they are subject to applicable exceptions, exemptions, and limitations as provided by law (including without limitation with respect to Personal Data collected pursuant to the Gramm-Leach-Bliley Act). Please contact the Chief Privacy Officer for more information. These rights may include the following: (1) the right to request that we disclose to you the categories and specific pieces of your Personal Data we have collected over the past 12 months; the categories of sources from which that data is collected; the business or commercial purpose for collecting or selling that data; the categories of third parties with whom we share that data; and the specific pieces of that data we have collected about you in that period; the categories of Personal Data sold about you during that period and the categories of third parties to whom that information was sold, by category of Personal Data for each category of third parties to whom the Personal Data was sold; and the categories of Personal Data we disclosed about you for a business purpose during that period; (2) the right to request that we delete Personal Data we have collected about you; (3) the right that we will not discriminate against you for exercising any of these rights, including without limitation by denying goods or services to you; charging a different price or rates for goods or services, including through the use of discounts or other benefits or imposing penalties; providing a different level or quality of goods or services to you; or suggesting that you will receive a different price or rate for, or a different level of quality of, goods or services. You can submit a request to exercise these rights by contacting the Chief Privacy Officer as described above. Upon verification of your request, we will respond to you with the information requested or confirmation of deletion, or with an explanation for why the information will not be provided or why the data will not be deleted, as applicable.

**Effective Date**.  This Notice was last revised on, and is effective as of, December 1, 2020.

© 2020 AWP USA Inc.  All rights reserved.

**Global Assistance**

**Allianz ⓘ**

**Covered Supplier List as of June 30, 2014**

**IMPORTANT NOTICE:** The following list of airlines, cruise lines and tour operators are "Covered Suppliers" when determining eligibility for Financial Default coverage. This is the complete list as of today and is subject to change at any time. However, such changes do not affect any coverage already in force. This list is not intended nor should be viewed as a judgment of any travel supplier. Even if your travel supplier is not on the list, you are still covered for everything else as mentioned in your Letter of Confirmation. All other terms and conditions apply.

Subject to your plan's terms and conditions, you are **covered** for the specified amount of Trip Cancellation/Interruption purchased in the event a covered supplier financially defaults as long as all these conditions are met:
1. You purchased a plan with Trip Cancellation/Interruption coverage within 14 days of paying your initial trip deposit.
2. The Financial Default occurs more than seven days after the Policy effective date.
3. The Financial Default results in a complete cessation of services of named supplier on the "Covered Supplier List."
4. You did not purchase your insurance from the defaulting airline, cruise line, tour operator or their affiliates.

**Airlines**
- Air France
- Airtran Airways
- Alaska Airlines
- Easy Jet
- Nippon Air
- Qantas Airlines
- Ryanair
- Singapore Airlines
- Southwest

**Cruise Lines**
- Alaskan Dream Cruises
- All Discovery Cruising
- American Cruise Lines
- Azamara Cruises
- Blount Small Ship Adventures
- Carnival Cruise Lines
- Celebrity Cruises
- Crystal Cruises
- Cunard Line
- Disney Cruise Line
- Holland America Lines
- Hurtigruten
- Imperial River Cruises
- Innersea Discoveries
- MSC Cruises
- Norwegian Cruise Lines
- Oceania Cruises
- Paul Gauguin Cruises
- Princess Cruises
- Regent Seven Seas Cruises
- Royal Caribbean International
- Seabourn Cruise Line
- Star Clippers
- Un-Cruise Adventures
- Uniworld
- Variety Cruises
- Viking River Cruises
- Windstar Cruises

**Tour Operators**
- AAA Member Choice Vacations
- AAA SignaTours
- AAA Sojourns
- AAA South Jersey Motorcoach Tours
- AAT King's
- Abel Tasman Tours
- Abercrombie & Kent
- Abrams Travel, Inc.
- Absolute Asia
- ACFEA Tour Consultants
- Adventure Dive & Travel
- Adventures by Disney
- Adventuresmith Explorations
- AER World Tours
- Aero/Mexico Vacations
- Africa Safari Specialists
- African Dream Travel LLC
- African Portfolio, Inc.
- African Travel
- African Travel Seminars, Inc.
- Air & Sea Travel Center
- Alaska Travel Adventures
- Alaska Wildland Adventures
- Alaskan Tour Guides
- Alki Tours
- All About Tours
- All-In-One Tours & Cruises, LLC
- All Mountain Vacations
- Alluring Africa
- Alluring Americas
- Alluring Asia
- Alluring Destinations
- AMA Waterways
- Amber Tours
- America West Vacations
- American Airlines Vacations
- American Music Abroad
- American Tours International (ATI)

- Ampac Tours
- Amtour Vacations, Inc.
- Andes Adventures
- Apple Vacations
- Artic Kingdom Polar Expeditions
- Asia Transpacific Journeys
- Atlantis Events
- Australian Pacific Touring
- Autoventure
- Avalon Waterways
- Avanti Destinations
- Backroads
- Beyond Band of Brothers
- Big Five Tours & Expeditions
- Blue Sky Tours
- Blue Odyssey Tours
- Branson Country Tours
- Branson Vacation Tours
- Break-Away Tours
- Brendan Tours
- Brennan Vacations
- Brian Moore International Tours
- Buenos Aires Cultural Concierge
- Butterfield & Robinson
- The California Native International Adventures
- Can Am Travel
- Canada al a Carte
- Caravan - Serai Tours
- Cartan Tours
- Celebrity Coaches of America, Inc.
- Celtic International Tours
- Central Holidays
- Cheeseman Ecology Safari
- Chima Travel Bureau
- China Travel Service USA
- Christian Tours/Burke International Tours
- Ciao Italy & Carrani Tours

- CIE Tours International
- CIG North America
- City Escape Holidays
- Classic Africa
- Classic Custom Vacations
- Clipper Vacations
- Club Med
- Collette Vacations
- Concept Tours
- Contiki Holidays
- Continental Airlines Vacations
- Continental Kapers, Inc.
- Coronet Travel
- Corporate Travel
- Cosmos
- Country Walkers, Inc.
- Cox & Kings Travel
- Crisp Tours
- Cruise & Maritime Voyages USA, LLC
- Delta Vacations
- Destination World
- Donna Franca Tours
- Down Under Answers
- Earthbound, Inc.
- Eastern Travel
- Easy Tours of India
- EB Sports Tours
- Eco Tours Expeditions, Inc.
- Educational Discovery Tours
- Educational Travel Services
- Elite Turkey Tours
- Entrée Alaska
- Escapade Vacations
- Esprit Travel
- Euro Lloyd Travel
- Eurobound/Tahitibound
- Euro-Connection
- Europe Express
- European Incoming Services
- European Sojourns, LTD
- European Tour Connections
- Eurovacations.com

Insurance coverage is underwritten by BCS Insurance Company or Jefferson Insurance Company as shown on your Certificate/Policy.
© 2012 AGA Service Company

Case 2:22-cv-00544-KM-MAC Document 261 Filed 08/17/22 Page 451 of 456

- Exeter International
- Experience Asia Tours
- Explorer Ventures
- Exxtreme Vacations
- Fiesta Tours International
- The Fly Shop
- Food and Wine Trails
- Four Seasons Tours
- France Vacations
- French Country Waterways
- Functions Unlimited
- Funjet Vacations
- Gadabout Tours
- Galapagos Travel
- Gap Adventures
- Gate 1 International Travel
- General Tours
- George's International Tours
- Geographic Expeditions
- Gerber Tours
- Globe Treks
- Globus
- Gogo Worldwide Vacations
- Goway Travel
- Grand American Tours & Cruises
- Grand Canyon Railway
- Grand European Tours
- Great American Steamboat Company
- Great Atlantic Travel & Tours
- Great Lakes Cruise Company
- Great Safaris
- Great Travels
- Greaves Tours LLC
- Group IST
- GTO Travel
- GWV International
- HAT Tours
- Hawaii World
- Hello Italy Travel
- Hidden Trails
- HistoryAmerica Tours
- HMHF Fun Vacations
- Holland America Tours
- Homeric Tours
- IExplore
- Il Viaggio
- Image Tours, Inc.
- Inca Floats, Inc.
- Insight Vacations, Inc.
- Interlake China Tours, Inc.
- International Expeditions, Inc.
- International Lifestyles, Inc.
- International Travel Co.
- Island Destinations
- Islands in the Sun

- Isle Inn Tours
- Islam World of Travel
- IST Cultural Tours
- Italian Dream Vacation
- ITS Tours
- Joshua Expeditions
- Journey Mexico
- Journeys Unlimited
- Kalos Tours
- Kensington Tours
- Ker & Downey
- Key Tours International
- Key Transportation
- King Yacht Charters, Inc.
- Klein Tours
- Knightly Tours
- Kompas USA
- Kon-Tiki Tours & Travel
- Kuoni Tours
- Ladatco, Inc.
- Latour
- Laura Massoni Travel
- Legacy Tours of Distinction
- LimoLink International
- Lindenmeyr Travel
- Lost in Italy
- Lotus International Tours
- Luxury Trips
- Magic Carpet Vacations
- Maiellano Travel
- Mango African Safaris
- Margaret Morse Tours, Inc.
- Martin  & Keegan
- Matterhorn Travel
- Mauiva Air Tours
- Mayflower Tours
- Mexico Unlimited, Inc.
- MexSeaSun
- MGM Mirage Resort Vacations
- Micato Safaris
- Millenium Tours
- MLT Vacations
- Moments Notice Travel
- Monograms
- Mountain Travel Sobek
- Mountain Vacations
- Nature Discoveries
- Nawas International Travel
- New York City Vacations
- Odysseys Unlimited
- Olivia Cruises and Resorts
- OmniTours
- Orient Flexi Pax Tours
- Orion Expedition Cruises
- Outer Edge Expeditions
- Outlook International
- Overland Adventures
- Pacific Delight Tours, Inc.
- Pacific Escapes

- Pan Pacific Journeys, Inc.
- Papa's Travel Store
- Peak Performance Tours
- Perfect Spot Tours
- Perillo Tours, Inc.
- Personal Touch Tours
- Petrabax West
- Pleasant Holidays
- Premier Gateway
- Premier Vacations
- PrimeSport International
- Princess Tours
- Proud African Safaris, LLC
- Qantas Vacations
- Quark Expeditions, Inc.
- Rail Europe
- Rail Source International Inc
- Rainforest Cruises
- Regina Tours
- ResidenSea
- Rick Steves Europe Through the Back Door
- Rockwell Tours, Inc.
- Rooms Plus Inc.
- Scandinavian American World Tours
- Scantours
- Shore Excursions Group
- ShoreTrips
- Signa Tours Ltd. (Virginia)
- Signature Vacations
- SITA World Travel
- Ski Travel/JMJ Tours
- SmarTours
- Sojourn Bicycling Vacations
- Solar Tours
- Sonesta Vacations
- South Pacific Holidays
- South Star Tours
- Southwest Airline Vacations
- Spiced Destinations Inc.
- Sports Empire Inc.
- Sports Travel & Tours
- Spring Training Tours
- Stewart's Fun Adventures
- Strabo Tours
- Sunward Tours Inc.
- Superclubs
- Sutherland Travel Services
- Swain Australian Tours
- T&D Tours
- Tauck Tours
- TBI Tours
- TCS Expeditions
- The Moorings
- TJ's Travel Club for Seniors
- TNT Vacations
- Tourlite International
- Tourlite Zeus

- Tour Resource Consultants, Inc.
- Tour West
- Town and Country Tours
- Trading Places International, Inc.
- Trafalgar Tours
- Trans Global Vacations
- TRAVCOA
- Travel2
- Travel Beyond
- Travel Bound, Inc.
- Travel Dynamics International
- Travel Four Vacations
- Travel Impressions, Ltd.
- Travel Wise Motorcoach Tours
- Travelink Incorporated
- Treasures of Travel, Inc.
- TSA Tours, Inc.
- Turtle Island Holidays
- Tuscan Way, Inc.
- Uncharted Outposts Inc.
- Unique Vacations
- United Vacations
- Universal Studios Vacations
- US Airways Vacations
- USA by AAA
- Vacation Express
- Value World Tours
- Vantage Deluxe World Travel
- Vaya Adventures
- Velo Echappe'
- Visit Italy Tours
- Walt Disney Travel Company
- The Wayfarer
- Western Leisure Inc
- Wild African Ventures
- Wildland Adventures
- Wildlife Safari
- Williams & Hall Wilderness Guides and Outfitters
- Windjammer Sailing Adventures
- Wine Tours of the World
- World Class Vacations
- World Group Travel
- World on Skis
- The World Outdoors
- Ya'lla Tours USA Inc.
- Yankee Holidays
- Voyages to Antiquity, LLC
- Zapotec Tours
- Zegrahm Expeditions

Insurance coverage is underwritten by BCS Insurance Company or Jefferson Insurance Company as shown on your Certificate/Policy.
© 2012 AGA Service Company

# Exhibit B

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Boris Antl,

             Plaintiff,

     v.

AGA Service Company, et al.,

             Defendants.

No. 2:22-cv-00504-KJM-AC

ORDER

In 2014, Boris Antl began planning a vacation to Chile. First Am. Compl. ¶ 16, ECF No. 5. He bought travel insurance from AGA Service Company, which does business as Allianz Global Assistance. *Id.* The policy included coverage for emergency medical care. *Id.* ¶¶ 18–22. Later, in a small Chilean village, Antl felt pain in his chest. *Id.* ¶ 25. He went to a clinic. *Id.* He was having a heart attack. *Id.* The clinic could not treat him, so he was taken first to a local hospital, then to a private hospital in a nearby city, where he was admitted to the intensive care unit. *Id.* ¶¶ 26–27. He called Allianz and asked it to fast track any necessary approvals, and he and the doctors repeatedly pleaded Allianz for payment; they would not operate without Allianz's promise to pay. *Id.* ¶¶ 26, 28. It took five days before Allianz's approval arrived. *Id.* ¶ 30. The doctors then operated. *See id.* ¶ 32. Antl was eventually discharged, recovered, and returned home on Christmas Day in 2014. *See id.*

1

Antl did not know it at the time, but the five-day delay permanently damaged his heart. *See id.* ¶¶ 31, 34, 36. He first learned this fact in late 2021, when a doctor advised him not to do many of the athletic things he had long enjoyed. *Id.* ¶ 35. He risked heart failure and death if he did. *Id.* The delay had probably also shortened his life. *See id.* ¶¶ 35, 37. This news caused him great stress, anxiety, and depression, and he has incurred and will incur costs treating the damage to his heart. *Id.* ¶¶ 37–38.

A few months after learning Allianz's delay had permanently damaged his heart, Antl filed this lawsuit. *See* Compl., ECF No. 1. He claims Allianz breached the insurance policy, First Am. Compl. ¶¶ 40–44, acted in bad faith, *id.* ¶¶ 45–56, falsely promised expeditious care, *id.* ¶¶ 57–64, wrongfully subjected him to emotional distress, *id.* ¶¶ 65–77, and violated California's Unfair Competition Law, *id.* ¶¶ 78–82. He seeks damages, an injunction, attorneys' fees, and other relief. *See id.* at 13. Allianz now moves to dismiss under Rule 12(b)(6). *See generally* Mot., ECF No. 6. The matter is fully briefed and was submitted after a motion hearing and scheduling conference on July 8, 2022. *See generally* Opp'n, ECF No. 9; Reply, ECF No. 12; Mins., ECF No. 13. Rowennakete Barnes appeared for Antl, and Helen Luetto appeared for the defense.

Allianz primarily faults Antl for filing this case so many years after he returned from Chile. *See* Mot. at 6–12. It contends the statute of limitations has expired. For that argument to succeed at this early stage, "it must appear 'beyond doubt that the plaintiff can prove no set of facts that would establish the timeliness of the claim.'" *Rand v. Midland Nat'l Life Ins.*, 857 F. App'x 343, 347 (9th Cir. 2021) (unpublished) (quoting *Supermail Cargo, Inc. v. United States*, 68 F.3d 1204, 1207 (9th Cir. 1995)). It is not necessary to detail the various statutes that place limits on the time Antl had to file this case. None of those limits began to tick away until late 2021, and none is so short that it would have run out before this case began.

Ordinarily, the clock starts running when a claim is "complete with all its elements," that is, when there has been some "wrongdoing or wrongful conduct, cause or causation, and harm or injury." *Norgart v. Upjohn Co.*, 21 Cal. 4th 383, 397 (1999) (quotation marks and citations omitted). The "discovery rule" is an exception to this general rule. *Id.* Under the discovery rule,

1    the clock does not start running until a person actually discovers or has reason to discover the

2    potential claim. *Fox v. Ethicon Endo-Surgery, Inc.*, 35 Cal. 4th 797, 807 (2005). California

3    courts "do not take a hypertechnical approach" to enforcing this rule. *Id.* They consider whether

4    the person had "reason to at least suspect that a type of wrongdoing has injured them." *Id.*

5         Antl alleges his heart was damaged in 2014 because Allianz delayed necessary approvals.

6    *See* First Am. Compl. ¶¶ 30–31. The generic "elements" of his claims were, as a result,

7    "complete" in 2014. *Norgart*, 21 Cal. 4th at 397. But Antl also alleges that despite regular

8    follow-up appointments with cardiologists, he did not learn about any permanent damage until

9    late 2021. *Id.* ¶ 34. Nor did he know the cause of that damage before then. *Id.* It is plausible to

10   infer that if Antl ultimately proves these allegations, he could rely on the discovery rule, and if so,

11   this lawsuit would not have come too late. Allianz has not proven "beyond doubt" that Antl filed

12   this lawsuit too late, so its motion is denied in this respect. *Rand*, 857 F. App'x at 347 (quoting

13   *Supermail*, 68 F.3d at 1207).

14        Allianz raises two further defenses specific to two of Antl's claims. First, it argues Antl

15   cannot move forward with his claim of false promises because he does not explain the

16   circumstances of these false promises "with particularity," as required by Federal Rule of Civil

17   Procedure 9(b). *See* Mot. at 12–15. "Particularity," as that word is used in Rule 9(b), means the

18   complaint must explain the circumstances of the alleged fraud specifically enough to give the

19   defendants "notice of the particular misconduct" so "they can defend against the charge and not

20   just deny that they have done anything wrong." *Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1127

21   (9th Cir. 2009) (quoting *Bly-Magee v. California*, 236 F.3d 1014, 1019 (9th Cir. 2001)). A

22   common gloss on this standard explains that a complaint must detail "the who, what, when,

23   where, and how" of the alleged fraud. *See, e.g.*, *Vess v. Ciba–Geigy Corp. USA*, 317 F.3d 1097,

24   1106 (9th Cir. 2003) (quoting *Cooper v. Pickett*, 137 F.3d 616, 627 (9th Cir. 1997)). Antl's

25   complaint does not meet that standard. He alleges he relied on a promise to cover emergency

26   care, but he does not say what was promised, when, and by whom. He refers only to the executed

27   policy's language. *See* First Am. Compl. ¶¶ 16–23, 57–64. The policy, however, is the alleged

28   result of the fraud, not its cause. This claim is dismissed.

1    Second, Allianz argues the complaint does not explain why it is liable under the Unfair

2   Competition Law.  *See* Mot. at 15–17.  Antl explains in opposition and confirmed at hearing that

3   his unfair competition claim rests on the same foundation as his promissory fraud claim.  *See*

4   Opp'n at 13.  The court has dismissed the fraud claim, so the unfair competition claim is likewise

5   dismissed.

6    Antl could overcome the shortcomings in his fraud and unfair competition claims with

7   additional allegations about what led him to buy insurance from Allianz.  *See, e.g.*, *Cafasso, U.S.*

8   *ex rel. v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1058 (9th Cir. 2011) ("[W]hen a viable

9   case may be pled, a district court should freely grant leave to amend.").  The motion to dismiss

10   (ECF No. 6) is therefore **granted in part.  Claims four and eight are dismissed with leave to**

11   **amend**.  Any amended complaint must be filed **within twenty-one days**.

12    IT IS SO ORDERED.

13   DATED:  July 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE