HELEN M. LUETTO, State Bar No. 119478
hluetto@wfbm.com
MARLENE K. FLORES, State Bar No. 304302
mflores@wfbm.com
WFBM, LLP
Attorneys at Law
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612-2445
Telephone:  (714) 634-2522
Facsimile:   (714) 634-0686

Attorneys for Defendants, AGA
SERVICE COMPANY and JEFFERSON
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| BORIS ANTL, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>AGA SERVICE COMPANY, a Virginia Corporation; JEFFERSON INSURANCE COMPANY, a Virginia Corporation, and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-00504-KJM-AC<br><br>**(PROPOSED) ORDER ON DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(6)**<br><br>[Filed Concurrently with [Defendants' Notice of Motion and Motion to Dismiss and Declaration of Helen M. Luetto]<br><br>Date:     October 7, 2022<br>Time:    10:00 a.m.<br>Crtrm.:  3 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants AGA SERVICE COMPANY and JEFFERSON INSURANCE COMPANY ("Defendants") Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss the fourth cause of action for fraud/deceit and the seventh cause of action for violations of Business and Professions Code 17200 set forth in the Second Amended Complaint filed by plaintiff BORIS ANTL

("Plaintiff"), came on regularly for hearing in the above-captioned matter on October 7, 2022, at 10:00 a.m., in the above-entitled Court.

After considering oral argument and all written papers filed in advance of the hearing, the Court hereby makes the following findings and orders:

Defendants' Motion to Dismiss is GRANTED in its entirety and the fourth cause of action for fraud/deceit and the seventh cause of action for violations of Business and Professions Code 17200 are dismissed without leave to amend, plaintiff having already amended these claims.

Dated: _____, 2022

_____
Honorable Kimberly J. Mueller
Judge of the United States District Court for the Eastern District of California