UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ANTL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY, a Virginia Corporation; JEFFERSON INSURANCE COMPANY, a Virginia Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00504-KJM-AC<br><br>**[PROPOSED] ORDER ON STIPULATION FOR ISSUANCE OF LETTERS ROGATORY;** (*filed concurrently herewith STIPULATION FOR ISSUANCE OF LETTERS ROGATORY*) |

PURSUANT TO STIPULATION OF THE PARTIES that;

1. The attached request for international judicial assistance (letters rogatory) be issued by this Court without need for formal motion;

2. Defendants shall present the request for international judicial assistance (letters rogatory) to the appropriate judicial authority in Chile regarding the following topics:

    a. The medical records of Boris Antl from December 7, 2014,

-1-

[PROPOSED] ORDER ON STIPULATION FOR ISSUANCE OF LETTERS ROGATORY

through December 31, 2014, or thereafter created from Hospital Puerto Montt, Chile;

      b.    The medical records of Boris Antl from December 7, 2014, through December 31, 2014, or thereafter created from Clinica Andes Salud Puerto Montt (aka Clinica de Los Andes ), Puerto Montt, Chile;

      c.    The medical records of Boris Antl from December 7, 2014 through December 31, 2014, from Black River CESFAM Hornopiren (CESFAM Río Negro Hornopiren);

3.    Depositions of physicians who provided care and treatment to Plaintiff:

    a.    Dr. Victor Assef P (Pilichi)

    b.    Dr. Daniela Andrea Loebel Salazar

    c.    Dr. Cristian Perez

4.    No party will suffer prejudice as a result of this joint request for international judicial assistance;

5.    All parties have stipulated that Defendants shall make this request for international judicial assistance;

6.    The interests of justice will be served by Defendants making this request for international judicial assistance.

**IT IS SO ORDERED.**

DATED: June 2, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE