HELEN M. LUETTO, State Bar No. 119478
hluetto@wfbm.com
MARLENE K. FLORES, State Bar No. 304302
mflores@wfbm.com
WFBM, LLP
Attorneys at Law
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612-2445
Telephone:   (714) 634-2522
Facsimile:    (714) 634-0686

Attorneys for Defendants, AGA SERVICE COMPANY and JEFFERSON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| BORIS ANTL, an individual, | Case No. 2:22-cv-00504-KJM-AC |
|---|---|
| Plaintiff, | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)** |
| v. | |
| AGA SERVICE COMPANY, a Virginia Corporation; JEFFERSON INSURANCE COMPANY, a Virginia Corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA PRESENTS ITS COMPLIMENTS TO THE JUDICIAL AUTHORITY OF CHILE, AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN THE FORM OF RECORDS AND OBTAIN EVIDENCE FROM WITNESSES TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT IN THE ABOVE CAPTIONED MATTER. THE LAST DAY TO HEAR DISPOSITIVE MOTIONS IS IN

NOVEMBER 2023. TRIAL WILL BE SET THEREAFTER.

THIS COURT REQUESTS THE ASSISTANCE DESCRIBED HEREIN AS NECESSARY IN THE INTERESTS OF JUSTICE. THE ASSISTANCE REQUESTED IS THAT THE APPROPRIATE JUDICIAL AUTHORITY OF CHILE TO NOTIFY AND COMPEL THE APPEARANCE OF THE BELOW NAMED INDIVIDUALS TO GIVE EVIDENCE/PRODUCE DOCUMENTS AND BE DEPOSED ACCORDING THE QUESTIONS STATED BELOW.

1. **INDIVIDUALS, FACILITIES OR ENTITIES TO GIVE EVIDENCE/PRODUCE DOCUMENTS AND BE DEPOSED**

A. **Black River CESFAM Hornopiren** (CESFAM Río Negro Hornopiren). Callen nueva s/n, Hualaihue, Hualaihué, Los Lagos, Chile. rionegrohospital@gmail.com. +56 64 233 6824.

The medical records of Boris Antl from December 7, 2014 through December 31, 2014, even if the medical records have been produced after that period. These records provide Mr. Antl's medical condition, testing, test results, medications, medical care and treatment, diagnoses, surgical procedures and medical transportation provided to Mr. Antl related to a heart attack suffered by Mr. Antl while traveling in Chile.

B. **Hospital Puerto Montt.** Los Aromos 65, Puerto Montt, Los Lagos, Chile. +56 65 236 2001.

The medical records of Boris Antl from December 7, 2014 through December 31, 2014, even if the medical records have been produced after that period. These records provide Mr. Antl's medical condition, testing, test results, medications, medical care and treatment, diagnoses, surgical procedures and medical transportation provided to Mr. Antl related to a heart attack suffered by Mr. Antl while traveling in Chile.

C. **Clinica Andes Salud Puerto Montt (aka Clinica de Los Andes).** Bellavista 123, Puerto Montt, Los Lagos, Chile. +56 600 401 2600.

The medical records of Boris Antl from December 7, 2014 through December 31, 2014, even if the medical records have been produced after that period. These records provide Mr. Antl's medical condition, testing, test results, medications, medical care and treatment, diagnoses, surgical procedures and medical transportation provided to Mr. Antl related to a heart attack suffered by Mr. Antl while traveling in Chile.

**D.   Dr. Cristián Santiago Pérez Rios**   Chilean Nationality, internist, national identification number 21.277.862-1.

Last known address of witness to be served: **Hospital Puerto Montt.** Los Aromos 65, Puerto Montt, Los Lagos, Chile.  +56 65 236 2001.

Dr. Perez is requested to produce medical records of Boris Antl from December 7, 2014 through December 31, 2014, even if the medical records have been produced after that period. These records provide Mr. Antl's medical condition, testing, test results, medications, medical care and treatment, diagnoses, surgical procedures and medical transportation provided to Mr. Antl related to a heart attack suffered by Mr. Antl while traveling in Chile.   Dr. Perez will also be deposed regarding his observations, diagnoses, care and treatment he provided to Mr. Antl.

**E.   Dr. Victor David Assef Pilichi**.

Chilean Nationality, cardiologist, national identification number 12.887.810-6.

Last known address of witness to be served: **Clínica Andes Salud Puerto Montt** (aka Clinica de Los Andes). Bellavista 123, Puerto Montt, Los Lagos, Chile.  +56 600 401 2600.

Dr. Assef Pilichi is requested to produce medical records of Boris Antl from December 7, 2014 through December 31, 2014, even if the medical records have been produced after that period. These records provide Mr. Antl's medical condition, testing, test results, medications, medical care and treatment, diagnoses, surgical procedures and medical transportation provided to Mr. Antl related to a heart attack suffered by Mr. Antl while traveling in Chile.  Dr. Assef Pilichi will also be deposed

regarding his observations, diagnoses, care and treatment he provided to Mr. Antl.

**F.     Dr. Daniela Andrea Loebel Salazar.**

Chilean Nationality, general practitioner, national identification number 15.284.477-8.

Last known address of witness to be served: **Clinica Andes Salud Puerto Montt** (aka Clinica de Los Andes). Bellavista 123, Puerto Montt, Los Lagos, Chile. <u>+56 600 401 2600</u>.

Dr. Salazar is requested to produce medical records of Boris Antl from December 7, 2014 through December 31, 2014, even if the medical records have been produced after that period. These records provide Mr. Antl's medical condition, testing, test results, medications, medical care and treatment, diagnoses, surgical procedures and medical transportation provided to Mr. Antl related to a heart attack suffered by Mr. Antl while traveling in Chile.  Dr. Salazar will also be deposed regarding his observations, diagnoses, care and treatment she provided to Mr. Antl.

**2.     PERTINENT FACTS**

This action arises from Plaintiff Boris Antl's travel to Chile in 2014, and is based upon a policy of travel insurance which Mr. Antl purchased for that trip. During his travel, on December 7, 2014, Mr. Antl, then 69 years old, unfortunately suffered a heart attack while in a remote part of the country. He sought assistance at a family clinic in the village of Hornopiren before being transported to Puerto Montt. There, Hospital Puerto Montt was unable to accommodate his condition and arrangements were made for his transfer to a different hospital Clinica de Los Andes, Puerto Montt, where Mr. Antl received medical care. He was discharged on December 13, 2014

Now, more than seven years after the incident, Mr. Antl sues defendants AGA and JIC (who sold or underwrote the subject insurance policy) asserting claims for breach of contract, breach of the implied covenant of good faith and fair dealing, bad faith, intentional and negligent infliction of emotional distress.

Plaintiff asserts that due to alleged delays by defendants in approving medical care after he had the heart attack in Hornopiren, Chile, and as a result, he suffered permanent damage to his heart beyond that which he would have otherwise suffered from the heart attack alone. He claims that because of the delay and the attendant damage, his life expectancy is shortened and he is precluded from enjoying his favored athletic and active life style and from doing all of the things he would otherwise have been able to do.

Mr. Antl received medical care and treatment at the above health care facilities and was treated by the named physicians.

### 3.  QUESTIONS FOR THE WITNESSES

1.  Please describe Mr. Antl's medical condition upon arrival and thereafter during the period of time during which he was treated and cared for in your medical facility including any diagnoses and/or prognoses.

2.  Please describe any medical testing performed on Mr. Antl while in your facility and the results of such testing.

3.  Please describe any medications prescribed or administered to Mr. Antl while in your facility.

4.  Please describe any medical or surgical procedures performed on Mr. Antl while in your facility and the results and/or outcome of such.

5.  Please describe Mr. Antl's condition upon discharge and whether he was discharged with any medical orders or conditions.

6.  Please describe policies and/or procedures for addressing medical emergencies and whether Mr Antl would be provided with all emergency medical care required without guarantee of payment by an insurer.

7.  Please describe all communications which you had with Mr. Antl about his medical condition while he was a patient under your care.

8.  Please describe any communication of which you are aware with AGA Service Company and /or Allianz about Mr. Antl while he was under your care.

and the results of such testing.

9.     Was Mr. Antl ever refused emergency medical treatment while he was a patient at Clinica de Los Andes.

Defendants request that the discovery/depositions be taken under oath or promise to be trustful by a certified shorthand reporter authorized and further requests that the deposition be recorded or videotaped. Defendants intend to use the records or videotapes at the time of trial.

Defendants request that the Judicial Authority in Chile could serve the discovery or depositions in any place where the entities and individuals may be located, according to the information that could be provided by the Chilean attorney Mr. Raimundo Moreno Cox or anyone that he could appoint to do so.

Defendants request that the Judicial Authority in Chile could admit the appearance of Chilean attorney Mr. Raimundo Moreno Cox (or anyone that he could appoint to do so) for any clarification or for providing the information of the address or current representatives of the entities and individuals stated above. Also request that Chilean attorney Mr. Raimundo Moreno Cox could appear on the discovery and witnesses' hearings that should be scheduled.

Defendants further request that they be notified of the time and place for examination of witnesses and/or production of documents.

### 4.     **RECIPROCITY**

WE, THEREFORE, request that in furtherance of justice you will by the proper and usual process of your courts cause such witnesses to appear before you or some competent person by you for that purpose to be appointed and authorized at a precise time and place by you to be fixed and there to answer in their oaths and affirmations to the several interrogatories hereunto annexed; and that you will cause their depositions to be committed to writing and returned to us under cover duly closed and sealed up together with these presents. And we shall be ready and willing to do the

same for you in a similar case when required.

## 5. REIMBURSEMENT FOR COSTS

The execution of the Letter of Request shall not give rise to any reimbursement of taxes or costs of any nature. Nevertheless, the State of execution has the right to require the State of origin to reimburse the fees paid to experts and interpreters and the costs occasioned by the use of a special procedure requested by the State of origin under Article 9, paragraph 2. The requested authority whose law obliges the parties themselves to secure evidence, and which is not able itself to execute the Letter, may, after having obtained the consent of the requesting authority, appoint a suitable person to do so. When seeking this consent the requested authority shall indicate the approximate costs which would result from this procedure. If the requesting authority gives its consent it shall reimburse any costs incurred; without such consent the requesting authority shall not be liable for the costs.

Dated: June 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

(SEAL OF COURT)