HELEN M. LUETTO, State Bar No. 119478
hluetto@wfbm.com
MARLENE K. FLORES, State Bar No. 304302
mflores@wfbm.com
BRIAN DWORETZKY, State Bar No. 318243
bdworetzky@wfbm.com
WFBM, LLP
Attorneys at Law
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612-2445
Telephone:   (714) 634-2522
Facsimile:    (714) 634-0686

Attorneys for Defendants, AGA SERVICE COMPANY and JEFFERSON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS ANTL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY, a Virginia Corporation; JEFFERSON INSURANCE COMPANY, a Virginia Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00504-KJM-AC<br><br>**ORDER RE: STIPULATION TO CONTINUE THE DISPOSITIVE MOTION CUT OFF DATE, THE NOVEMBER 3, 2023, HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND RELATED DEADLINES TO DECEMBER 8, 2023, OR DATE CONVENIENT TO THE COURT'S CALENDAR**<br><br>[Filed Concurrently with Declaration of Helen Luetto; (Proposed) Order] |

The Court, having reviewed the stipulation of the parties and the declaration of Helen M. Luetto, and good cause appearing therefor, now orders as follows:

1. The hearing on defendants' motion for summary judgment or in the alternative partial summary judgment now set for hearing on November 3, 2023, is continued to December 8, 2023 at 10:00 a.m.

2. The opposition to the motion can be served and filed no later than October 20, 2023, and the reply no later than October 30, 2023.

-1-

(PROPOSED) ORDER RE: STIPULATION TO CONTINUE THE DISPOSITIVE MOTION CUT OFF DATE, THE NOVEMBER 3, 2023, HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND RELATED DEADLINES TO DECEMBER 8, 2023, OR DATE CONVENIENT TO THE COURT'S CALENDAR

63485610.1
4657-3 5980

3.  The request to appear remotely at the rescheduled motion hearing is **denied without prejudice to renewal** in compliance with this court's civil standing orders, available at https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5020/civil-standing-order/.

**IT IS SO ORDERED.**

DATED: October 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

-2-
(PROPOSED) ORDER RE: STIPULATION TO CONTINUE THE DISPOSITIVE MOTION CUT OFF DATE, THE NOVEMBER 3, 2023, HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT AND RELATED DEADLINES TO DECEMBER 8, 2023, OR DATE CONVENIENT TO THE COURT'S CALENDAR