UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Boris Antl, | No. 2:22-cv-00504-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| AGA Service Company, et al., | |
| Defendants. | |

The court writes to inform counsel of a potential conflict with respect to a current law clerk assigned to support the court during the upcoming trial of this matter.

The law clerk is in a relationship and cohabitates with an employee of Finn Partners, Inc. (Finn). Finn previously served as a third-party media consultant for AGA Service Company. In his role with Finn, the law clerk's partner has informed her he prepared public media statements and internal communications regarding developments in ongoing litigation, including statements related to this matter. He prepared public media statements related to this matter for AGA Service Company as recently as February 2023. It is the court's understanding that as of January 1, 2025, AGA no longer works with Finn. The law clerk has not discussed the substance of this matter with her partner and, having reviewed the applicable rules and standards, does not believe the relationship creates a conflict of interest.

1

It is well established that a law clerk shall recuse themself from a matter when necessary to "ensur[e] both the reality and appearance of impartiality." *First Interstate Bank of Arizona, N.A. v. Murphy, Weir & Butler*, 210 F.3d 983, 988 (9th Cir. 2000) ("[J]udges (and their law clerks) are presumed to be impartial and to discharge their ethical duties faithfully so as to avoid the appearance of impropriety."). The court accepts the truth of the law clerk's representations that her relationship does not create a conflict of interest but recognizes that the impartiality of the judiciary is essential to maintaining its integrity and the promotion of public confidence.

The court, therefore, allows the parties to **submit an objection to the law clerk's involvement within seven days of the filing of this order**. Should either party object, the court will take appropriate steps to restrict the law clerk's performance of official duties in this matter so as to avoid a conflict or appearance of a conflict of interest.

IT IS SO ORDERED.

DATED: January 6, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE